SUMMARY FOR THE DISTRICT ATTORNEY'S OFFICE

Critical Response Team
Case # 18-2
Arrest Related Death
Detective Shannon Brukbacher, Parker Police Department
Date of incident: April 12, 2018 - Date report submitted: June 19, 2018

**Location of Occurrence:**
3100 block West County Line Road

**Reporting LEA:**
Elbert County Sheriff's Office

**Agencies Involved:**

Elbert County Sheriff's Office CR# 2018-003819
Parker Police Department CR# 2018-001595
Arapahoe County Sheriff's Office CR# 2018-6896
Cherry Hills Police Department CR# 2018-0738
Office of the 18th Judicial District

**Suspect:**

CHRISTOPHER MATTHEW POER
DOB: 09-04-1971
B Admiralty Drive West Apartment W
Middletown, RI 02842

Retired as an Army Special Forces Green Beret and worked for the CIA. Lengthy medical history- alcoholic, heart failure, seizures. Mental health issues being treated with medication. Enrolled in the PhD program at Colorado Mesa University.

Drugs in POER's system at hospital:

- Benzodiazepine- Commonly found in legal drugs such as; alprazolam (Xanax), chlordiazepoxide (Librium), clonazepam (Klonopin), clorazepate (Tranxene), diazepam (Valium), estazolam (Prosom), flurazepam (Dalmane), lorazepam (Ativan), midazolam (Versed), oxazepam (Serax), temazepam (Restoril), triazolam (Halcion), and quazepam (Doral).

- Amphetamine- Commonly found in legal drugs such as Adderall, Adderall XR, Ritalin, Ritalin-SR, Dextrostat, Dexedrine, Dexedrine Spansule, Zenzedi, Concerta, ProCentra, Vyvanse, Focalin, Strattera, and Desoxyn.



Ex. 1

Prescription medications in POER's name that were at ELAINE's home:

| DATE | MEDICATION | TREATS | DOSE | REGIMENT | PRESCRIBED | REMINING |
|---|---|---|---|---|---|---|
| 3/23/2018 | ESCITALOPRAM OXALATE (Lexapro) | Depression Anxiety | 20 MG | 2X DAILY | 180 | 180 |
| 1/12/2018 | ATORVASTADIN CALCIUM | High Cholesterol Reduce risk of heart problems | 20 MG | 1X DAILY | 30 | 16 |
| 1/12/2018 | ESCITALOPRAM OXALATE (Lexapro) | Depression Anxiety | 20 MG | 1 1/2 DAILY | 45 | 16 |
| 1/12/2018 | METOPROLOL | Beta Blocker | 200 MG | 1/2 DAILY | 15 | 2 |
| 1/12/2018 | LISINOPRIL | Heart Problems | 20 MG | 1X DAILY | 30 | 11 |
| 12/20/2017 | TAMSULOSIN HCL | Prostate | .04 MG | 1X DAILY | 90 | 23 |
| 12/20/2017 | TAMSULOSIN HCL | Prostate | .04 MG | 1X DAILY | 90 | 90 |
| 12/19/2017 | FOLIC ACID | Folic Acid Deficiency | 1 MG | 1X DAILY | 30 | 44 |
| 12/13/2017 | XARLTO | Blood Clots | 20 MG | 1X DAILY | 30 | 11 |
| 12/1/2017 | THIAMINE HCL | Vitamin B1 | 100 MG | 1X DAILY | 100 | 56 |

**Law Enforcement Officers (used force):**

Master Patrol Deputy CHRIS DICKEY Badge #1702- Call Sign "ECHO CHARLIE 21"
Home Agency: Elbert County Sheriff's Office
Bio: Hired in February 2017. Deputy DICKEY is currently assigned to the patrol division as a Master Patrol Deputy. He is an FTO, PIO, on the SWAT team (trained as a negotiator and an operator), a CIT coach and is trained in accident reconstruction. Deputy DICKEY is certified as a Taser operator with his most recent certification being April 4, 2018. Prior to being hired in Elbert County, Deputy DICKEY served with the Commerce City Police Department between January 2005 and December 2016.
Force used: Physical force to control POER and deployed and fired his department issued Taser X26P

Deputy JOSHUA BJORK Call Sign- "ECHO CHARLIE 31"
Home Agency: Elbert County Sheriff's Office

2

Bio: Employed with Elbert County Sheriff's Office for 3 years. He was assigned to the detention center for 18 months before moving to patrol. Prior to Elbert County, Deputy BJORK was in the Air Force as a police officer for 8 years.
Force used: Physical force to handcuff POER.

Sergeant TRAVIS TURNER Call Sign- "ECHO SAM 1"
Home Agency; Elbert County Sheriff's Office
Bio: Began his law enforcement career in 1997. He worked part time for the Utah County Sheriff's Office. Upon getting certified as a police officer, he began working for the Lone Peak Public Safety District in Utah where he worked for 10 years. He moved to Alaska and worked for Alaska State Troopers for 2 ½-3 years. He moved to Colorado five years ago and worked for the Kiowa Police Department. He transferred to the Elbert County Sheriff's Office. He was promoted to Sergeant two years ago. He is a SWAT team leader and an explosive entry technician. He has training in SWAT, rifle certified, training in dealing with armed individuals, Taser certified, and ASP certified. He is an instructor in O.C. and less-lethal munitions.
Force used: Physical force to gain compliance from POER.

**Other Law Enforcement Officers Involved:**

Deputy TRISTAN WHITLOCK Call Sign- "ECHO CHARLIE 32"

**Prior suspect calls for service/ police contact:**

- POER has had previous law enforcement contact, but no noted contacts with the Elbert County Sheriff's Office.

- POER has an active restraining order against him. The protected party is POER's ex-wife's father. POER was threatening to kill him. A condition of this restraining order included no firearms possession.

- The Middletown, RI Police Department had two documented reports involving POER in 2017. One was a verbal intoxicated altercation he was involved in with a friend. The second was a report of bizarre behavior when a citizen found POER's phone and POER then began to come to the citizen's home and enter without permission on more than one occasion, as if they were friends.

- Deputy DICKEY and Sergeant TURNER do not note any previous direct contact with POER.

**Initial call for service:**

- On April 12, 2018 at 5:54 PM POER called the Elbert County Sheriff's Office to report someone had broken into the home and installed cameras and Bluetooth in his phone. Dispatch noted that the caller was not making any sense and talking rapidly.

3

- Deputy DICKEY and Sergeant TURNER were on a call for service, attempting to serve a protection order.

- At/about 6:57 PM Sergeant TURNER made a call and left a message for POER to call him back.

- At 7:37 PM POER calls dispatch back advising that the people were currently at the residence. The phone was handed off to ELAINE HOLT who advised dispatch that POER was armed with her handgun and that she did not believe there was anyone else on the property.

- Deputy DICKEY and Sergeant TURNER responded Code 3 to the residence.

**Summary:**

The following information was compiled from Elbert County Sheriff's Office radio traffic and CAD notes, body worn camera footage, through interviews completed with several law enforcement officers at the scene of the incident, through interviews completed with the deputy who was actually involved in the Taser deployment, as well as statements obtained from other witnesses with information related to this case. Please note that this is only a summary of the events that occurred on April 12, 2018 and not every detail of the investigation is included in this report. All documentation related to this shooting is included with this summary, and is available for review.

**Sequence of Events:**

- POER arrived in Denver from Rhode Island on April 2, 2018. He was getting a service dog from ELAINE. The two had become friends and had engaged in casual sex. He and ELAINE traveled to Grand Junction, Colorado to visit with POER's friend. POER and ELAINE returned to ELAINE's house on April 9, 2018.

- ELAINE reports to friends that after returning to her home from Grand Junction, POER elected to stop taking his medications and also stopped drinking.

- On April 12, 2018 at approximately 12:15 PM, ELAINE left her home for an appointment in Parker. She noted that the morning was fine and there were no issues.

- She returned at about 2:15 PM and POER told her that they were under surveillance. She and POER went out to her trailer where he walked around it with his shirt up in what she described as an attempt to let them know he was unarmed. POER went into the trailer and nobody was there. ELAINE was texting with a friend about what was going on with POER.

- At 3:30 PM ELAINE became more concerned.

4

- At 3:45 PM ELAINE reports being uncomfortable with the situation because POER thought she was involved.

- At 5:54 PM POER called the Elbert County Sheriff's Office. He told the dispatcher that he had a strange story for the dispatcher. He said that he stumbled upon a trailer that was being used for surveillance and they went through the house and there are recording devices and cameras everywhere. POER tells the dispatcher that it's a private "dick" company that are amateurs and that he reversed the reception on them and have been listening to them talk all day. POER tells dispatch that someone broke into the house and installed listening devices. POER said that the people called for assistance and the Sheriff's Office picked them up. POER said he shut his phone off because "they" got into it too.

- At 6:38 PM Sergeant TURNER makes a call to POER and leaves a message. That message was "Yeah, this phone call is for Chris. This is Sergeant TURNER with the Sheriff's Office. You called regarding some issues with a camera. Give me a call back at the Sheriff's Office. Thanks, Bye."

- At 7:37 PM POER called the Sheriff's Office back. He told the dispatcher that he was getting robbed. The dispatcher was struggling with the address and POER put ELAINE on the phone. ELAINE tells the dispatcher that what POER is seeing is not happening. She thinks he is having an episode. ELAINE told dispatch that he is seeing things and hearing voices. ELAINE tells dispatch that he has her gun. She asks for someone to come because she did not know what was going to happen. She tells dispatch that the gun is loaded and she will be staying in her bedroom. POER comes back in and asks ELAINE if she had a gun on her. ELAINE said that POER believes what he is seeing and hearing is real. ELAINE stayed on the phone with dispatch telling them what was happening.

- At 7:52:06 PM Deputy DICKEY arrives on scene.

- At 7:52:11 PM ELAINE tells dispatch that she heard two shots

- At 7:52:21 PM ELAINE heard another shot.

- At 7:53 PM ELAINE can see Deputy DICKEY.

- At 7:53:19 PM ELAINE heard two more shots.

- At 7:53:54 PM Deputy DICKEY reports hearing shots fired.

- At 7:53:28 PM ELAINE heard another shot.

- At 7:57:33 PM Deputy DICKEY reports hearing POER yelling at the top of his lungs and he sounded intoxicated.

5

- At 8:00:21 PM Deputy DICKEY, Sergeant TURNER, and Deputy BJORK entered the field using Sergeant TURNER'S truck as cover.

- At 8:02:03 PM ELAINE tells dispatch that the gun holds 8 rounds and this information is relayed to the officers.

- ELAINE tells dispatch that he can hear deputies giving POER orders.

- At 8:02:09 PM neighbor, Weston Shellanbargar, calls 911 and gets connected with Aurora Police Dispatch. Upon initial contact with the dispatcher, Shellanbargar advises that the police have him in custody.

- At 8:02:40 PM POER is at gun point.

- POER is lying on the ground on his stomach. Deputy DICKEY reported that he saw POER lying on his back initially and was rolling to his right side, facing the deputies. In the BWC it is hard to see POER's original positioning. Once they get close enough, POER appears to be on his stomach, slightly bladed, with his left hand out.

- Deputy DICKEY, Deputy BJORK, and Sergeant TURNER are all giving commands to POER and he is not complying. As they approach POER on foot, still giving commands, he began reaching into the grass. It was dusk and the deputies could not see what he was reaching for. Deputy DICKEY noted POER as having a 1000 yard stare and Sergeant TURNER noted his expression as creepy. Deputy DICKEY reported that he kicked POER in the hip area to stop his forward movement with his hand in the grass.

- Deputy DICKEY reported spotting the gun after they were trying to take POER into custody. It was to the right of POER's right foot. Deputy BJORK secured the gun in the back of his waistband.

- Sergeant TURNER and Deputy BJORK continued to struggle with POER, who was actively resisting. Reporting that POER was pulling his arms under his body. Deputy DICKEY deployed his Taser, the prongs entering either side of POER's spine at his waistband. Deputy DICKEY then delivered a drive stun to POER's left leg. He describes the area as POER's left thigh; however Deputy BJORK notes the drive stun to calf. Deputy DICKEY said he delivered at least two 5 second deployments, but it may have been three. Deputy DICKEY's Taser report indicates two 5 second deployments were utilized.

- Sergeant TURNER reports after unsuccessful cooperation from the Taser deployment, he punched POER in the left side of his face about 5 times in an effort to knock him out. Only then were they able to detain POER. Deputy DICKEY said that at some point, but unknown when, Sergeant TURNER punched POER and Deputy BJORK reported that POER was tased after Sergeant TURNER punched him.

6

- At 8:04:04 PM POER is detained with Taser deployment.

- At 8:05:35 PM Deputy DICKEY calls for emergent medical response and indicates that POER is foaming at the mouth.

- At 8:07:52 PM Sergeant TURNER advises that POER does not have a pulse.

- At 8:08:07 PM Sergeant TURNER advises that CPR is in progress.

- At about 8:15 PM POER is turned over to Rattlesnake Fire Department for continued life saving measures.

- At 8:35:12 PM ELAINE calls back and tells dispatch that she saw the Sheriff's Office driving by doing CPR on POER and she wanted to pass on his medical history. She says he has pulmonary edema, acute respiratory failure, heart failure, alcoholic, seizures, he was in a coma for two weeks in October, and his injection fraction rate was 15% during his last hospital stay for 6 weeks. Elaine began listing POERs medications as Escitalopram Oxalate, generic for Flomax, Escitalopram Oxalate. The dispatcher asked Elaine to hold onto the medications and that someone would come talk to her.

- Rattlesnake Fire transported POER to Parker Adventist Hospital. During transport, he was intubated.

- At 9:06 PM POER was pronounced deceased by Dr. Nathan Scherer, M.D.

- At 9:00 PM members of the 18th Judicial District Critical Incident Response Team were notified to respond to the scene to assist.

**Additional Information:**

- Upon initial interview with Investigator Steele and Investigator Garnsey, ELAINE told them that POER was dying of congestive heart failure. She reiterated all of the medical issues she shared with dispatch earlier. She also told them that POER "seemed to suffer from severe mental health issues" which she thought was PTSD or schizophrenia. Of the 16 medications in a bucket, ELAINE noted that POER was taking Lexipro, a psychiatric medication. ELAINE told the investigators that it was evident that POER was off his medications when they arrived home on Monday. ELAINE told the investigators that POER retrieved the gun himself but that he asked her for the magazine. She said that she did not want to see what would happen if she refused to provide the magazine to POER so she gave it to him.

- On April 17, 2018 I spoke with ELAINE. She provided a similar, but more detailed account of what occurred. She provided a timeline for the day. She explained that their morning was normal. She left for an appointment in Parker at about 12:15 PM. She noted that upon her arrival home from an appointment, at about 2:15PM, that POER was telling her that they were under surveillance. She had not been exposed to this behavior

7

with POER. She said that at 3:30 PM she was becoming concerned and at 3:45 PM she was uncomfortable with what was going on. She verified that no calls were made to the police until POER called at 5:54 PM. She said that they were waiting for the police and as time passed, Christopher became more agitated. She indicated that the call from Sergeant Turner was dismissive and that it agitated Christopher. Elaine sent me this voicemail, which upon hearing I perceived as matter of fact rather than dismissive. She also clarified that POER had the handgun and that she did not give it to him, but that he was asking her for the magazine. She told him that it was in her bedroom and he retrieved it from there. ELAINE also said that the magazine was stuffed in her jean pocket which was on the floor in her bedroom. She confirms that he only had one magazine and when asked, she said that it only held 6 bullets. ELAINE was concerned when POER left the property that he was going to kill "the pedophile" that lives at 4489 Private Road 188. She felt concerned for her neighbors in general.

- Interviews with POER's family and friends reveal that he was struggling with mental illness as a result of his military occupational specialty. A former supervisor, Sergeant Major Blue, revealed that he received a call about a month ago in which he was advised to see POER if he wanted to because he was going to die. Sergeant Major Blue said POER had numerous medical conditions and that he was the "classic PTSD and multiple TBI guy." POER struggled with alcohol, lost his family and was self-destructive. A police officer who served with POER noted that he was in a downward spiral for years and that he was "obviously insane." POER was estranged from his family. They had knowledge of his medical issues, but were unable to speak to his mental health.

- A review of the autopsy report indicated that POER had high levels of Citalopram and Amphetamine in his blood. The Medical Examiner noted that POER had lethal blood levels of amphetamine. POER was also diagnosed with dilated cardiomyopathy (enlarged heart). The final ruling was sudden death associated with amphetamine intoxication, dilated cardiomyopathy, and Taser deployment. Other factors noted included; obesity, mild to moderate coronary atherosclerosis (hardening of the arteries), hepatic steatosis (fatty liver), early decompositional changes. The opinion of the Medical Examiner is that POER died as a result of sudden death associated with amphetamine intoxication, dilated cardiomyopathy, and Taser deployment. He noted other significant medical conditions included hypertension, obesity, chronic alcohol abuse, congestive heart failure, and chronic kidney disease. The manner of death is homicide.