Douglas County 911

## Call For Service Detail Report - CFS 555

| | | | | | |
|---|---|---|---|---|---|
| **Address** | 4570 PR 188, Elizabeth | | | | |
| **Common Name** | | | | | |
| **Custom Layer** | 252 | **Census Tract** | | | |
| **Beat** | ECSO 1 | **Quadrant** | RA2512 | **District** | W45 |
| **Caller Name** | , CHRISTOPHER | **Caller Phone** | (303) 588-3987 | **Call Taker** | DCGD\msteck |
| **Create Date** | 4/12/2018 5:53:49 PM | **Clear Date** | 4/13/2018 2:33:19 AM | **Nature Of Call** | Y |

**Agencies**

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| SUBJECT WITH WEAPON | A IN PROGRESS | 1 | DCGD\msteck | 4/12/2018 5:53:49 PM |

**Call Narrative**

| Time | Description | User | Machine |
|---|---|---|---|
| *** 4/13/2018 *** | | | |
| 12:22:54 AM | EC31,EC32 IN SERVICE BY PHN | Mullins,Megan | 914268SO |
| *** 4/12/2018 *** | | | |
| 9:58:49 PM | VA ENRTE / HEADED TO 4489 PR 188 | Neal,Sara | 914267SO |
| 9:55:56 PM | CH251 WILL CALL EC21 WITH INFO ON PATIENT | Mullins,Megan | 914268SO |
| 9:55:37 PM | PER CH251 | Mullins,Megan | 914268SO |
| 9:12:54 PM | CRT ADV | Humes,Markie | 914265SO |
| 9:12:44 PM | PER ES1/ HAVE CRT TEAMT MEET DEPUTIES AT 4489 PR 188 | Neal,Sara | 914267SO |
| 9:06:24 PM | EC31 EC32 AT ORIG RPS ADDR | McClurkan,Meredith | 914272SO |
| 9:00:37 PM | ARAPAHOE ADV FOR CRITICAL RESPONSE TEAM | Mullins,Megan | 914268SO |
| 8:59:01 PM | EC1 BY PHN, CALL 18TH CRITICAL RESPONSE TEAM | Mullins,Megan | 914268SO |
| 8:40:35 PM | PER EC21 BY PH CHANGE CALL TO SUBJ W/WEAPON | Buffo,Josie Hae Jong | 914270SO |
| 8:40:12 PM | EC21 ADVSD OF MEDICAL HX | Buffo,Josie Hae Jong | 914270SO |
| 8:40:09 PM | SERIAL; NUMBER CLR NO RECORD | McClurkan,Meredith | 914272SO |
| 8:37:58 PM | EC21 SERNIAL NUMBER SIG SAUER 380 27A146752 | McClurkan,Meredith | 914272SO |
| 8:37:06 PM | MALE - IN A COMA FOR 2 WEEKS IN OCTOBER - HAS SEIZURES | Steck,Madison | 914264SO |
| 8:36:36 PM | ELAINE - MALE HAS PULMINARY ADEMA, ACUTE RESPRITORY FAILURE, HEART FAILURE, ALCOHOLISM | Steck,Madison | 914264SO |
| 8:35:12 PM | CALLER ON THE LINE KNOWS HIS MEDICAL INFO | Steck,Madison | 914264SO |
| 8:26:31 PM | EC21 RESUME NORMAL TRAFFIC | McClurkan,Meredith | 914272SO |
| 8:18:30 PM | ES1 ADV TO SEND CMD PAGE/ADV HIM IT WAS SENT | McClurkan,Meredith | 914272SO |
| 8:17:04 PM | COMMAND PAGE SENT AT 2012 HRS | Buffo,Josie Hae Jong | 914270SO |
| 8:15:04 PM | EC21 CPR IN PROGRESS STILL/ABOUT OS WITH FIRE | McClurkan,Meredith | 914272SO |
| 8:14:11 PM | EC21 TELL FIRE STAY ON RD | McCl[illegible] | [illegible] |
| 8:13:22 PM | CMD FENCE IS CUT IF THEY WANT TO COME OUT WHERE WE ARE | Hime[illegible] Hime[illegible] | [illegible] |

Ex. 3

1

| | | | |
|---|---|---|---|
| 8:13:10 PM | ES1 ADV FIRE/MALE IN BED OF TRUCK/CPR STILL IN PROGRESS AND THEY WILL MEET FIRE ON THE RD | McClurkan,Meredith | 914272SO |
| 8:09:13 PM | EC21 PUPILS DIALATED AND FIXED | McClurkan,Meredith | 914272SO |
| 8:08:30 PM | EC21 REQ CMD PAGE | McClurkan,Meredith | 914272SO |
| 8:08:07 PM | CPR IN PROGRESS PER ES1 | McClurkan,Meredith | 914272SO |
| 8:07:52 PM | ES1 NO PULSE | McClurkan,Meredith | 914272SO |
| 8:06:10 PM | IN FIELD DIRECTLY BEHING ADDR/HAVE THEIR LIGHTS ON | McClurkan,Meredith | 914272SO |
| 8:05:48 PM | NOTIFIED ELAINE THAT CHRIS WAS DETAINED AND SHE WAS COMFORTABLE DISCONNECTING | Neal,Sara | 914267SO |
| 8:05:35 PM | EC21 1 IN CUST/GET MEDICAL/REQ EMERG/PATIENT FOAMING AT MOUTH | McClurkan,Meredith | 914272SO |
| 8:04:04 PM | ES1 1 DETAINED/TAZOR DEPLOYED/DENIED MEDICAL | McClurkan,Meredith | 914272SO |
| 8:02:40 PM | EC31 1 AT GUNPOINT | McClurkan,Meredith | 914272SO |
| 8:02:03 PM | PER ELAINE / GUN HAD AN 8 ROUND MAG IN IT POSS HEARD 5 SHOTS SO FAR | Neal,Sara | 914267SO |
| 8:00:21 PM | ES1 AND EC21 WILL BE ENTERING THE FIELD IN ES1 VEH | McClurkan,Meredith | 914272SO |
| 7:58:02 PM | PER ELAINE / CHRIS HAD NOT BEEN DRINKING AND NO DRUGS | Neal,Sara | 914267SO |
| 7:57:33 PM | EC21 CAN HEAR MALE YELLING AT THE TOP OF HIS LUNGS/SOUNDS DK/ CAN NO LONGER SEE HIM | McClurkan,Meredith | 914272SO |
| 7:56:31 PM | EC21 NO ONE USE LIGHTS OR SIRENS | McClurkan,Meredith | 914272SO |
| 7:56:24 PM | MALE NOW HEADING BACK TOWARDS RESIDENCE | McClurkan,Meredith | 914272SO |
| 7:55:20 PM | A ES1 | McClurkan,Meredith | 914272SO |
| 7:55:18 PM | SUBJ 100 YARDS FROM EC21 IN FIELD/MEET AT EC21 TRUCK | McClurkan,Meredith | 914272SO |
| 7:54:54 PM | NEEDS TO GO TO THE HOUSE AT 4369 / THINKS THATS WHERE SHE THINKS THE SHOTS WERE FIRED | Neal,Sara | 914267SO |
| 7:54:06 PM | CAN SEE THE DEPUTY / THINKS THAT HE IS AT THE WRONG PLACE FOR WHERE CHRIS IS | Neal,Sara | 914267SO |
| 7:53:54 PM | EC231 AT BEND WHERE IT TURNS TO GO NORTH AT GATE/SHOTS COMING FROM NW OF HIM/HORSE AND RIDER ON METAL STATUE | McClurkan,Meredith | 914272SO |
| 7:53:28 PM | ANOTHER SHOT | Neal,Sara | 914267SO |
| 7:53:19 PM | HEARD 2 MORE | Neal,Sara | 914267SO |
| 7:53:02 PM | THINKS THE SOUND CAME FROM THE NORTH WEST | Neal,Sara | 914267SO |
| 7:52:59 PM | ES1 DIRECTION OF SHOTS?? | McClurkan,Meredith | 914272SO |
| 7:52:21 PM | JUST HEARD ANOTHER ONE | Neal,Sara | 914267SO |
| 7:52:11 PM | JUST HEARD 2 GUN SHOTS | Neal,Sara | 914267SO |
| 7:52:03 PM | ELAINE CAN NOT SEE HIM ANYMORE / THINKS HE IS STILL IN THE FIELD | Neal,Sara | 914267SO |
| 7:50:37 PM | ELAINE CAN STILL SEE HIM / ACROOS 188 TO THE NORTH IN A FIELD | Neal,Sara | 914267SO |
| 7:49:13 PM | ES1 ADV HE HAS SHEILD HE DOESNT WANT ANY OTHER DEP TO TURN ONTO 188 UNTIL HE IS OS | McClurkan,Meredith | 914272SO |
| 7:49:10 PM | WM 47YR OLD 510 230 | Neal,Sara | 914267SO |
| 7:48:49 PM | CHRIS IN GREEN AND BLK FLANNEL / JEANS / TAN BASEBALL HAT | Neal,Sara | 914267SO |
| 7:48:48 PM | ES1 WHATS HIS PHYS DESCRIP AND CLOTHING | McClurkan,Meredith | 914272SO |
| 7:47:55 PM | POSS 4489 OR 4609 PR 188 | Neal,Sara | 914267SO |
| 7:47:38 PM | ELAINE JUST SAW HIM CROSS THE FENCE DUE NORTH | Neal,Sara | 914267SO |
| 7:46:35 PM | HE IS NOW WALKING EB ON PR 188 / OFF PROPERTY / STILL HAS THE GUN | Neal,Sara | 914267SO |
| 7:46:07 PM | LOOKED OUT THE WINDOW AND COULD SEE HIM DOWN BY THE GATE | Neal,Sara | 914267SO |
| 7:45:38 PM | ELAINE THINKS THAT CHRIS DOES KNOW THAT LE HAS BEEN CALLED AND IS WAITING FOR THEM BECAUSE HE THINKS THEY ARE BEING ROBBED | Neal,Sara | 914267SO |
| 7:44:45 PM | CHIRS IS NOT CURRENTLY IN THE HOUSE / POSS IN THE DRIVEWAY / WALKING BACK AND FORTH | Neal,Sara | 914267SO |
| 7:43:54 PM | ADV ELAINE TO STAY IN HER ROOM AND TO NOT LOOK OUT THE WINDOW | Neal,Sara | 914267SO |
| 7:43:11 PM | CHRIS DID HAVE THE GUN POINTED AT HER WHEN HE ASKED HER IF SHE HAD A GUN | Neal,Sara | 914267SO |
| 7:41:55 PM | ES1 ADV KEEP HER ON LINE | McClurkan,Meredith | 914272SO |

| | | | |
|---|---|---|---|
| 7:41:45 PM | CHRIS KEEPS GOING ON ABOUT WHAT HE IS SEEING AND HEARING | Neal,Sara | 914267SO |
| 7:41:00 PM | CHRIS JUST ASKED ELAINE IF SHE HAD A GUN ON HER | Neal,Sara | 914267SO |
| 7:40:31 PM | THINKS THAT CHRIS MAY BE IN THE RV RIGHT NOW / 100 FT FROM THE HOUSE | Neal,Sara | 914267SO |
| 7:39:25 PM | SHE IS IN HER ROOM / AND IS STAYING THERE UNTIL DEPTYS ARRIVE | Neal,Sara | 914267SO |
| 7:39:09 PM | ELAINE DOES NOT BELIEVE THAT THERE IS ANYONE ELSE THERE EXCEPT HER AND CHRIS | Neal,Sara | 914267SO |
| 7:38:31 PM | GUN IS A 380 / LOADED | Neal,Sara | 914267SO |
| 7:38:18 PM | ELAINE IS ON THE PHN / PROPERTY OWNER / SAYS HE HAS HER GUNIN HIS HAND RIGHT NOW | Neal,Sara | 914267SO |
| 7:37:32 PM | CHRISTOPHER CALLED BACK SAYING THAT THEY ARE OUT THERE RIGHT NOW | Neal,Sara | 914267SO |
| 6:57:28 PM | ES1 LEAVE PENDING - WILL CALL RP AGAIN WHEN CLR | Steck,Madison | 914264SO |
| 6:03:10 PM | ES1 ADV VIA PH - WILL HANDLE | Steck,Madison | 914264SO |
| 5:56:20 PM | RP WAS TALKING VERY FAST - NOT MAKING SENSE | Steck,Madison | 914264SO |
| 5:56:13 PM | ALSO MENTIONED WE "PICKED UP THE SUSPECT" BECAUSE THEY "CALLED FOR ASSISTANCE" | Steck,Madison | 914264SO |
| 5:56:03 PM | STATING IT JUST HAPPENED BUT HAPPENED AT "1 AM" | Steck,Madison | 914264SO |
| 5:55:49 PM | SOMEONE BROKE IN AND INSTALLED CAMERAS AND BLUETOOTH IN RPS PHONE | Steck,Madison | 914264SO |
| 5:54:36 PM | ABOVE ADD IS A RESIDENCE - AND A BUSINESS | Steck,Madison | 914264SO |

**EMD Narrative**

| Time | Description | User |
|---|---|---|

**Call Persons**

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|
| ,CHRISTOPHER | | (202) 450-0566 | 914264SO |

**Call Vehicles**

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|

**Call Dispositions**

| Name | Count |
|---|---|
| RE | 1 |

**Unit Dispositions**

| Name | Unit Number | Disposition Date |
|---|---|---|

**Call Log**

***** 4/13/2018 *****

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 2:33:19 AM | Call Cleared | Close Call | Markie Humes | 914265SO |
| 2:33:19 AM | Unit Status Action | Unit EC21 IN SERVICE | Markie Humes | 914265SO |
| 2:33:19 AM | Disposition Changed | Added: RE Count 1 | Markie Humes | 914265SO |
| 1:22:20 AM | Unit Status Action | Unit ES1 IN SERVICE | Markie Humes | 914265SO |
| 1:22:14 AM | Unit Status Action | Unit EC1 IN SERVICE | Markie Humes | 914265SO |

| | | | | |
|---|---|---|---|---|
| 1:22:02 AM | Unit Status Action | Unit ECZ2 IN SERVICE | Megan Mullins | 914268SO |
| 1:22:02 AM | Unit Status Action | Unit ECZ1 IN SERVICE | Megan Mullins | 914268SO |
| 12:51:42 AM | Unit Status Action | Unit EL4 IN SERVICE | Markie Humes | 914265SO |
| 12:22:59 AM | Unit Status Action | Unit EC31 IN SERVICE | Megan Mullins | 914268SO |
| 12:22:54 AM | Narrative Added | EC31,EC32 IN SERVICE BY PHN | Megan Mullins | 914268SO |
| 12:22:40 AM | Location | Call Location Changed from 4570 PR 188, Elizabeth to 4570 PR 188, Elizabeth | Megan Mullins | 914268SO |
| 12:22:28 AM | Alerts Accessed | Viewed Alerts Tab | Megan Mullins | 914268SO |
| 12:22:17 AM | Unit Status Action | Unit EC32 IN SERVICE | Sara Neal | 914267SO |
| ***** 4/12/2018 ***** | | | | |
| 11:33:40 PM | Unit Status Action | Unit EC1 ARRIVED SECOND | Markie Humes | 914265SO |
| 11:33:17 PM | Unit Location | Unit EC1 Secondary Location: RATTLESNAKE FIRE | Markie Humes | 914265SO |
| 11:09:08 PM | Unit Location | Unit ES1 Secondary Location: OFF THE AIRE FOR A WHILE | Shawn J O'Mara | 915941SO |
| 11:08:53 PM | Unit Location | Unit EC32 Secondary Location: OFF THE AIRE FOR A WHILE | Shawn J O'Mara | 915941SO |
| 11:08:45 PM | Unit Location | Unit EC31 Secondary Location: OFF THE AIR FOR AWHILE | Shawn J O'Mara | 915941SO |
| 11:08:31 PM | Unit Location | Unit EC21 Secondary Location: OFF THE AIR FOR AWHILE | Shawn J O'Mara | 915941SO |
| 10:16:38 PM | Paging Action | Attempting to page the following pagers: ign3035983164@messaging.sprintpcs.com | Madison Steck | 914264SO |
| 10:16:38 PM | Unit Status Action | Unit ECZ2 EN ROUTE | Madison Steck | 914264SO |
| 10:16:38 PM | Unit Location | Unit ECZ2 Secondary Location: Secondary Location Cleared | Madison Steck | 914264SO |
| 10:16:38 PM | Unit Location | Unit ECZ1 Secondary Location: Secondary Location Cleared | Madison Steck | 914264SO |
| 10:16:38 PM | Unit Status Action | Unit ECZ1 EN ROUTE | Madison Steck | 914264SO |
| 9:58:49 PM | Narrative Added | VA ENRTE / HEADED TO 4489 PR 188 | Sara Neal | 914267SO |
| 9:55:56 PM | Narrative Added | CH251 WILL CALL EC21 WITH INFO ON PATIENT | Megan Mullins | 914268SO |
| 9:55:37 PM | Narrative Added | PER CH251 | Megan Mullins | 914268SO |
| 9:18:22 PM | Unit Status Action | Unit EC1 ARRIVED | Sara Neal | 914267SO |
| 9:12:54 PM | Narrative Added | CRT ADV | Markie Humes | 914265SO |
| 9:12:44 PM | Narrative Added | PER ES1/ HAVE CRT TEAMT MEET DEPUTIES AT 4489 PR 188 | Sara Neal | 914267SO |
| 9:06:24 PM | Narrative Added | EC31 EC32 AT ORIG RPS ADDR | Meredith McClurkan | 914272SO |
| 9:00:37 PM | Narrative Added | ARAPAHOE ADV FOR CRITICAL RESPONSE TEAM | Megan Mullins | 914268SO |
| 8:59:01 PM | Narrative Added | EC1 BY PHN, CALL 18TH CRITICAL RESPONSE TEAM | Megan Mullins | 914268SO |
| 8:40:39 PM | Call Type | Police Call Type Changed From CIT ASSIST To CallType: SUBJECT WITH A WEAPON, Status: IN PROGRESS, Priority: 1 | Josie Hae Jong Buffo | 914270SO |
| 8:40:35 PM | Narrative Added | PER EC21 BY PH CHANGE CALL TO SUBJ W/ WEAPON | Josie Hae Jong Buffo | 914270SO |
| 8:40:12 PM | Narrative Added | EC21 ADVSD OF MEDICAL HX | Josie Hae Jong Buffo | 914270SO |
| 8:40:09 PM | Narrative Added | SERIAL; NUMBER CLR NO RECORD | Meredith McClurkan | 914272SO |
| 8:37:58 PM | Narrative Added | EC21 SERNIAL NUMBER SIG SAUER 380 27A146752 | Meredith McClurkan | 914272SO |
| 8:37:27 PM | Paging Action | Attempting to page the following pagers: ign3039476749,3039476749@messaging.sprintpcs.com | Meredith McClurkan | 914272SO |
| 8:37:27 PM | Unit Status Action | Unit EC1 EN ROUTE | Meredith | 914272SO |

| | | | | |
|---|---|---|---|---|
| | | | McClurkan | |
| 8:37:27 PM | Unit Location | Unit EC1 Secondary Location: Secondary Location Cleared | Meredith McClurkan | 914272SO |
| 8:37:06 PM | Narrative Added | MALE - IN A COMA FOR 2 WEEKS IN OCTOBER - HAS SEIZURES | Madison Steck | 914264SO |
| 8:36:36 PM | Narrative Added | ELAINE - MALE HAS PULMINARY ADEMA, ACUTE RESPRITORY FAILURE, HEART FAILURE, ALCOHOLISM | Madison Steck | 914264SO |
| 8:35:12 PM | Narrative Added | CALLER ON THE LINE KNOWS HIS MEDICAL INFO | Madison Steck | 914264SO |
| 8:26:34 PM | Unit Status Action | Unit EC21 ARRIVED | Meredith McClurkan | 914272SO |
| 8:26:31 PM | Narrative Added | EC21 RESUME NORMAL TRAFFIC | Meredith McClurkan | 914272SO |
| 8:20:07 PM | Unit Status Action | Unit EL4 ARRIVED | Meredith McClurkan | 914272SO |
| 8:18:30 PM | Narrative Added | ES1 ADV TO SEND CMD PAGE/ADV HIM IT WAS SENT | Meredith McClurkan | 914272SO |
| 8:17:04 PM | Narrative Added | COMMAND PAGE SENT AT 2012 HRS | Josie Hae Jong Buffo | 914270SO |
| 8:15:04 PM | Narrative Added | EC21 CPR IN PROGRESS STILL/ABOUT OS WITH FIRE | Meredith McClurkan | 914272SO |
| 8:14:17 PM | Alerts Accessed | Viewed Alerts Tab | Meredith McClurkan | 914272SO |
| 8:14:11 PM | Narrative Added | EC21 TELL FIRE STAY ON RD | Meredith McClurkan | 914272SO |
| 8:13:22 PM | Narrative Added | CMD FENCE IS CUT IF THEY WANT TO COME OUT WHERE WE ARE | Nichole Ida Himes Himes | 917344SO |
| 8:13:10 PM | Narrative Added | ES1 ADV FIRE/MALE IN BED OF TRUCK/CPR STILL IN PROGRESS AND THEY WILL MEET FIRE ON THE RD | Meredith McClurkan | 914272SO |
| 8:09:13 PM | Narrative Added | EC21 PUPILS DIALATED AND FIXED | Meredith McClurkan | 914272SO |
| 8:08:30 PM | Narrative Added | EC21 REQ CMD PAGE | Meredith McClurkan | 914272SO |
| 8:08:07 PM | Narrative Added | CPR IN PROGRESS PER ES1 | Meredith McClurkan | 914272SO |
| 8:07:52 PM | Narrative Added | ES1 NO PULSE | Meredith McClurkan | 914272SO |
| 8:06:10 PM | Narrative Added | IN FIELD DIRECTLY BEHING ADDR/HAVE THEIR LIGHTS ON | Meredith McClurkan | 914272SO |
| 8:05:48 PM | Narrative Added | NOTIFIED ELAINE THAT CHRIS WAS DETAINED AND SHE WAS COMFORTABLE DISCONNECTING | Sara Neal | 914267SO |
| 8:05:35 PM | Narrative Added | EC21 1 IN CUST/GET MEDICAL/REQ EMERG/ PATIENT FOAMING AT MOUTH | Meredith McClurkan | 914272SO |
| 8:04:04 PM | Narrative Added | ES1 1 DETAINED/TAZOR DEPLOYED/DENIED MEDICAL | Meredith McClurkan | 914272SO |
| 8:02:43 PM | Unit Status Action | Unit EC31 ARRIVED | Meredith McClurkan | 914272SO |
| 8:02:40 PM | Narrative Added | EC31 1 AT GUNPOINT | Meredith McClurkan | 914272SO |
| 8:02:03 PM | Critical Narrative Added | PER ELAINE / GUN HAD AN 8 ROUND MAG IN IT POSS HEARD 5 SHOTS SO FAR | Sara Neal | 914267SO |
| 8:00:25 PM | Paging Action | Attempting to page the following pagers: ign3039477274 | Meredith McClurkan | 914272SO |
| 8:00:25 PM | Unit Status Action | Unit EL4 EN ROUTE | Meredith | 914272SO |

| | | | | |
|---|---|---|---|---|
| | | | McClurkan | |
| 8:00:25 PM | Unit Location | Unit EL4 Secondary Location Updated: Secondary Location Cleared | Meredith McClurkan | 914272SO |
| 8:00:21 PM | Narrative Added | ES1 AND EC21 WILL BE ENTERING THE FIELD IN ES1 VEH | Meredith McClurkan | 914272SO |
| 7:59:02 PM | Alerts Accessed | Viewed Alerts Tab | Mindy Crockett | 914261SO |
| 7:58:33 PM | Alerts Accessed | Viewed Alerts Tab | Mindy Crockett | 914261SO |
| 7:58:02 PM | Narrative Added | PER ELAINE / CHRIS HAD NOT BEEN DRINKING AND NO DRUGS | Sara Neal | 914267SO |
| 7:57:33 PM | Narrative Added | EC21 CAN HEAR MALE YELLING AT THE TOP OF HIS LUNGS/SOUNDS DK/CAN NO LONGER SEE HIM | Meredith McClurkan | 914272SO |
| 7:56:56 PM | Unit Status Action | Unit EC32 ARRIVED | Meredith McClurkan | 914272SO |
| 7:56:31 PM | Narrative Added | EC21 NO ONE USE LIGHTS OR SIRENS | Meredith McClurkan | 914272SO |
| 7:56:24 PM | Narrative Added | MALE NOW HEADING BACK TOWARDS RESIDENCE | Meredith McClurkan | 914272SO |
| 7:55:35 PM | Unit Location | Unit EC21 Secondary Location Removed | Meredith McClurkan | 914272SO |
| 7:55:34 PM | Unit Status Action | Unit EC21 EMERGENCY TRAFFIC | Madison Steck | 914264SO |
| 7:55:24 PM | Unit Status Action | Unit ES1 ARRIVED | Meredith McClurkan | 914272SO |
| 7:55:20 PM | Narrative Added | A ES1 | Meredith McClurkan | 914272SO |
| 7:55:18 PM | Narrative Added | SUBJ 100 YARDS FROM EC21 IN FIELD/MEET AT EC21 TRUCK | Meredith McClurkan | 914272SO |
| 7:54:54 PM | Critical Narrative Added | NEEDS TO GO TO THE HOUSE AT 4369 / THINKS THATS WHERE SHE THINKS THE SHOTS WERE FIRED | Sara Neal | 914267SO |
| 7:54:06 PM | Critical Narrative Added | CAN SEE THE DEPUTY / THINKS THAT HE IS AT THE WRONG PLACE FOR WHERE CHRIS IS | Sara Neal | 914267SO |
| 7:53:54 PM | Narrative Added | EC231 AT BEND WHERE IT TURNS TO GO NORTH AT GATE/SHOTS COMING FROM NW OF HIM/ HORSE AND RIDER ON METAL STATUE | Meredith McClurkan | 914272SO |
| 7:53:28 PM | Critical Narrative Added | ANOTHER SHOT | Sara Neal | 914267SO |
| 7:53:19 PM | Critical Narrative Added | HEARD 2 MORE | Sara Neal | 914267SO |
| 7:53:02 PM | Critical Narrative Added | THINKS THE SOUND CAME FROM THE NORTH WEST | Sara Neal | 914267SO |
| 7:52:59 PM | Narrative Added | ES1 DIRECTION OF SHOTS?? | Meredith McClurkan | 914272SO |
| 7:52:21 PM | Critical Narrative Added | JUST HEARD ANOTHER ONE | Sara Neal | 914267SO |
| 7:52:11 PM | Critical Narrative Added | JUST HEARD 2 GUN SHOTS | Sara Neal | 914267SO |
| 7:52:06 PM | Unit Location | Unit EC21 Secondary Location: IN AREA ON 188 STANDING BY | Meredith McClurkan | 914272SO |
| 7:52:06 PM | Unit Status Action | Unit EC21 ARRIVED | Meredith McClurkan | 914272SO |
| 7:52:03 PM | Narrative Added | ELAINE CAN NOT SEE HIM ANYMORE / THINKS HE IS STILL IN THE FIELD | Sara Neal | 914267SO |
| 7:50:37 PM | Narrative Added | ELAINE CAN STILL SEE HIM / ACROOS 188 TO THE NORTH IN A FIELD | Sara Neal | 914267SO |
| 7:49:13 PM | Narrative Added | ES1 ADV HE HAS SHEILD HE DOESNT WANT ANY OTHER DEP TO TURN ONTO 188 UNTIL HE IS OS | Meredith McClurkan | 914272SO |
| 7:49:10 PM | Narrative Added | WM 47YR OLD 510 230 | Sara Neal | 914267SO |
| 7:48:49 PM | Narrative Added | CHRIS IN GREEN AND BLK FLANNEL / JEANS / | Sara Neal | 914267SO |

| | | | | |
|---|---|---|---|---|
| | | TAN BASEBALL HAT | | |
| 7:48:48 PM | Narrative Added | ES1 WHATS HIS PHYS DESCRIP AND CLOTHING | Meredith McClurkan | 914272SO |
| 7:47:55 PM | Critical Narrative Added | POSS 4489 OR 4609 PR 188 | Sara Neal | 914267SO |
| 7:47:38 PM | Critical Narrative Added | ELAINE JUST SAW HIM CROSS THE FENCE DUE NORTH | Sara Neal | 914267SO |
| 7:46:35 PM | Critical Narrative Added | HE IS NOW WALKING EB ON PR 188 / OFF PROPERTY / STILL HAS THE GUN | Sara Neal | 914267SO |
| 7:46:07 PM | Narrative Added | LOOKED OUT THE WINDOW AND COULD SEE HIM DOWN BY THE GATE | Sara Neal | 914267SO |
| 7:45:38 PM | Narrative Added | ELAINE THINKS THAT CHRIS DOES KNOW THAT LE HAS BEEN CALLED AND IS WAITING FOR THEM BECAUSE HE THINKS THEY ARE BEING ROBBED | Sara Neal | 914267SO |
| 7:44:45 PM | Narrative Added | CHIRS IS NOT CURRENTLY IN THE HOUSE / POSS IN THE DRIVEWAY / WALKING BACK AND FORTH | Sara Neal | 914267SO |
| 7:43:54 PM | Narrative Added | ADV ELAINE TO STAY IN HER ROOM AND TO NOT LOOK OUT THE WINDOW | Sara Neal | 914267SO |
| 7:43:11 PM | Narrative Added | CHRIS DID HAVE THE GUN POINTED AT HER WHEN HE ASKED HER IF SHE HAD A GUN | Sara Neal | 914267SO |
| 7:41:55 PM | Narrative Added | ES1 ADV KEEP HER ON LINE | Meredith McClurkan | 914272SO |
| 7:41:45 PM | Narrative Added | CHRIS KEEPS GOING ON ABOUT WHAT HE IS SEEING AND HEARING | Sara Neal | 914267SO |
| 7:41:00 PM | Critical Narrative Added | CHRIS JUST ASKED ELAINE IF SHE HAD A GUN ON HER | Sara Neal | 914267SO |
| 7:40:38 PM | Paging Action | Attempting to page the following pagers: ign3039819358@vtext.com | Meredith McClurkan | 914272SO |
| 7:40:38 PM | Unit Location | Unit EC31 Secondary Location: Secondary Location Cleared | Meredith McClurkan | 914272SO |
| 7:40:38 PM | Unit Status Action | Unit EC31 EN ROUTE | Meredith McClurkan | 914272SO |
| 7:40:31 PM | Narrative Added | THINKS THAT CHRIS MAY BE IN THE RV RIGHT NOW / 100 FT FROM THE HOUSE | Sara Neal | 914267SO |
| 7:40:20 PM | Paging Action | Attempting to page the following pagers: ign3032530701@messaging.sprintpcs.com | Meredith McClurkan | 914272SO |
| 7:40:20 PM | Unit Location | Unit EC32 Secondary Location: Secondary Location Cleared | Meredith McClurkan | 914272SO |
| 7:40:20 PM | Unit Status Action | Unit EC32 EN ROUTE | Meredith McClurkan | 914272SO |
| 7:39:43 PM | Unit Status Action | Unit EC21 EN ROUTE | Meredith McClurkan | 914272SO |
| 7:39:39 PM | Paging Action | Attempting to page the following pagers: ign3032574368@messaging.sprintpcs.com | Meredith McClurkan | 914272SO |
| 7:39:39 PM | Unit Status Action | Unit EC21 rerouted from call 576 | Meredith McClurkan | 914272SO |
| 7:39:25 PM | Narrative Added | SHE IS IN HER ROOM / AND IS STAYING THERE UNTIL DEPTYS ARRIVE | Sara Neal | 914267SO |
| 7:39:16 PM | Unit Status Action | Unit ES1 CODE 3 | Meredith McClurkan | 914272SO |
| 7:39:09 PM | Narrative Added | ELAINE DOES NOT BELIEVE THAT THERE IS ANYONE ELSE THERE EXCEPT HER AND CHRIS | Sara Neal | 914267SO |
| 7:38:57 PM | Paging Action | Attempting to page the following pagers: ign3032573357@messaging.sprintpcs.com | Meredith McClurkan | 914272SO |
| 7:38:37 PM | Narrative Criticality Updated | ELAINE IS ON THE PHN / PROPERTY OWNER / SAYS HE HAS HER GUNIN HIS HAND RIGHT | Sara Neal | 914267SO |

| | | | | |
|---|---|---|---|---|
| | | NOW (Narrative changed from 'Normal' to 'Critical') | | |
| 7:38:35 PM | Narrative Criticality Updated | GUN IS A 380 / LOADED (Narrative changed from 'Normal' to 'Critical') | Sara Neal | 914267SO |
| 7:38:31 PM | Narrative Added | GUN IS A 380 / LOADED | Sara Neal | 914267SO |
| 7:38:18 PM | Narrative Added | ELAINE IS ON THE PHN / PROPERTY OWNER / SAYS HE HAS HER GUNIN HIS HAND RIGHT NOW | Sara Neal | 914267SO |
| 7:37:32 PM | Narrative Added | CHRISTOPHER CALLED BACK SAYING THAT THEY ARE OUT THERE RIGHT NOW | Sara Neal | 914267SO |
| 6:57:28 PM | Narrative Added | ES1 LEAVE PENDING - WILL CALL RP AGAIN WHEN CLR | Madison Steck | 914264SO |
| 6:33:06 PM | Unit Status Action | Unit ES1 rerouted to call 576 | Meredith McClurkan | 914272SO |
| 6:33:06 PM | Call Stack | Call placed on unit ES1's stack | Meredith McClurkan | 914272SO |
| 6:03:10 PM | Narrative Added | ES1 ADV VIA PH - WILL HANDLE | Madison Steck | 914264SO |
| 6:03:04 PM | Unit Location | Unit ES1 Secondary Location: BY PH | Madison Steck | 914264SO |
| 6:03:01 PM | Paging Action | Attempting to page the following pagers: ign3032573357@messaging.sprintpcs.com | Madison Steck | 914264SO |
| 6:03:01 PM | Unit Location | Unit ES1 Secondary Location Updated: Secondary Location Cleared | Madison Steck | 914264SO |
| 6:03:01 PM | Call Ready for Dispatch | Call marked ready for dispatch | Madison Steck | 914264SO |
| 6:03:01 PM | Unit Status Action | Unit ES1 ARRIVED | Madison Steck | 914264SO |
| 6:01:54 PM | Alerts Accessed | Viewed Alerts Tab | Madison Steck | 914264SO |
| 5:56:28 PM | Alerts Accessed | Viewed Alerts Tab | Madison Steck | 914264SO |
| 5:56:20 PM | Narrative Added | RP WAS TALKING VERY FAST - NOT MAKING SENSE | Madison Steck | 914264SO |
| 5:56:13 PM | Narrative Added | ALSO MENTIONED WE "PICKED UP THE SUSPECT" BECAUSE THEY "CALLED FOR ASSISTANCE" | Madison Steck | 914264SO |
| 5:56:03 PM | Narrative Added | STATING IT JUST HAPPENED BUT HAPPENED AT "1 AM" | Madison Steck | 914264SO |
| 5:55:49 PM | Narrative Added | SOMEONE BROKE IN AND INSTALLED CAMERAS AND BLUETOOTH IN RPS PHONE | Madison Steck | 914264SO |
| 5:55:45 PM | Call Updated | Nature Of Call Changed To Y | Madison Steck | 914264SO |
| 5:55:39 PM | Call Updated | Caller Phone Changed From (202) 450-0566 To (303) 588-3987 | Madison Steck | 914264SO |
| 5:55:23 PM | Call Updated | Caller Phone Changed To (202) 450-0566 | Madison Steck | 914264SO |
| 5:55:23 PM | Person Updated | Name: CHRISTOPHER , Contact Phone: (202) 450-0566 | Madison Steck | 914264SO |
| 5:55:14 PM | Person Added | Name: CHRISTOPHER | Madison Steck | 914264SO |
| 5:55:08 PM | Call Type | Police Call Type Changed From *NEW CALL To CallType: CIT ASSIST, Status: COLD, Priority: 3 | Madison Steck | 914264SO |
| 5:54:36 PM | Narrative Added | ABOVE ADD IS A RESIDENCE - AND A BUSINESS | Madison Steck | 914264SO |
| 5:53:59 PM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 4570 PR 188 | System system | PRNW-CAD |
| 5:53:59 PM | Location | Call Location Changed from <UNKNOWN> to 4570 PR 188, Elizabeth | Madison Steck | 914264SO |
| 5:53:59 PM | Address Verified | Call Location Changed from Unverified To Verified | Madison Steck | 914264SO |
| 5:53:49 PM | Incident Created | Added Incident Number, ORI: CO0200000, Number: 2018-00003819 | Madison Steck | |
| 5:53:49 PM | Call Created | New call created. Call Type: *NEW CALL, Location: <UNKNOWN> | Madison Steck | 914264SO |

**Unit Log**

| Time | Action | Description | Unit | Status | Name | Machine |
|---|---|---|---|---|---|---|
| ***** 4/13/2018 ***** | | | | | | |
| 2:33:19 AM | Unit Status Change | IN SERVICE | EC21 | IN SERVICE | Markie Humes | 914265SO |
| 2:33:19 AM | Unit Cleared | Unit Cleared From Call | EC21 | IN SERVICE | Markie Humes | 914265SO |
| 1:46:25 AM | Timer Override | Override time = 3600 | EC21 | ARRIVED | Markie Humes | 914265SO |
| 1:41:12 AM | Unit Check In | | EC21 | ARRIVED | Markie Humes | 914265SO |
| 1:29:52 AM | Unit Check In | | EC21 | ARRIVED | Markie Humes | 914265SO |
| 1:22:20 AM | Unit Status Change | IN SERVICE | ES1 | IN SERVICE | Markie Humes | 914265SO |
| 1:22:20 AM | Unit Cleared | Unit Cleared From Call | ES1 | IN SERVICE | Markie Humes | 914265SO |
| 1:22:14 AM | Unit Status Change | IN SERVICE | EC1 | IN SERVICE | Markie Humes | 914265SO |
| 1:22:14 AM | Unit Cleared | Unit Cleared From Call | EC1 | IN SERVICE | Markie Humes | 914265SO |
| 1:22:02 AM | Unit Status Change | IN SERVICE | ECZ2 | IN SERVICE | Megan Mullins | 914268SO |
| 1:22:02 AM | Unit Cleared | Unit Cleared From Call | ECZ2 | IN SERVICE | Megan Mullins | 914268SO |
| 1:22:02 AM | Unit Status Change | IN SERVICE | ECZ1 | IN SERVICE | Megan Mullins | 914268SO |
| 1:22:02 AM | Unit Cleared | Unit Cleared From Call | ECZ1 | IN SERVICE | Megan Mullins | 914268SO |
| 12:51:42 AM | Unit Status Change | IN SERVICE | EL4 | IN SERVICE | Markie Humes | 914265SO |
| 12:51:42 AM | Unit Cleared | Unit Cleared From Call | EL4 | IN SERVICE | Markie Humes | 914265SO |
| 12:22:59 AM | Unit Status Change | IN SERVICE | EC31 | IN SERVICE | Megan Mullins | 914268SO |
| 12:22:59 AM | Unit Cleared | Unit Cleared From Call | EC31 | IN SERVICE | Megan Mullins | 914268SO |
| 12:22:17 AM | Unit Status Change | IN SERVICE | EC32 | IN SERVICE | Sara Neal | 914267SO |
| 12:22:17 AM | Unit Cleared | Unit Cleared From Call | EC32 | IN SERVICE | Sara Neal | 914267SO |
| 12:13:50 AM | Unit Check In | | EC1 | ARRIVED SECOND | Markie Humes | 914265SO |
| ***** 4/12/2018 ***** | | | | | | |
| 11:33:40 PM | Unit Status Change | ARRIVED SECOND | EC1 | ARRIVED SECOND | Markie Humes | 914265SO |
| 11:33:17 PM | Unit Location | RATTLESNAKE FIRE | EC1 | ARRIVED | Markie Humes | 914265SO |
| 11:09:08 PM | Unit Location | OFF THE AIRE FOR A WHILE | ES1 | ARRIVED | Shawn J O'Mara | 915941SO |
| 11:08:53 PM | Unit Location | OFF THE AIRE FOR A WHILE | EC32 | ARRIVED | Shawn J O'Mara | 915941SO |
| 11:08:45 PM | Unit Location | OFF THE AIR FOR AWHILE | EC31 | ARRIVED | Shawn J O'Mara | 915941SO |
| 11:08:31 PM | Unit Location | OFF THE AIR FOR AWHILE | EC21 | ARRIVED | Shawn J O'Mara | 915941SO |
| 10:41:58 PM | Timer Override | Override time = 7200 | ES1 | ARRIVED | Meredith McClurkan | 914272SO |
| 10:41:54 PM | Timer Override | Override time = 7200 | EC31 | ARRIVED | Meredith McClurkan | 914272SO |
| 10:41:49 PM | Timer Override | Override time = 7200 | EC21 | ARRIVED | Meredith McClurkan | 914272SO |
| 10:41:41 PM | Timer Override | Override time = 7200 | EC32 | ARRIVED | Meredith McClurkan | 914272SO |
| 10:41:37 PM | Timer Override | Override time = 7200 | EL4 | ARRIVED | Meredith McClurkan | 914272SO |
| 10:17:23 PM | Update Unit | Assigned Personnel: ECZ2 - GRAEFF , SANDY; | ECZ2 | EN ROUTE | Madison Steck | 914264SO |
| 10:17:20 PM | Update Unit | Assigned Personnel: ECZ1 - GRAEFF , MIKE; | ECZ1 | EN ROUTE | Madison Steck | 914264SO |
| 10:16:38 PM | Unit Location | Secondary Location Cleared | ECZ2 | EN ROUTE | Madison Steck | 914264SO |
| 10:16:38 PM | Unit Status Change | EN ROUTE | ECZ2 | EN ROUTE | Madison Steck | 914264SO |
| 10:16:38 PM | Unit Status Change | Dispatched Call Number: 555, Location: 4570 PR 188, Elizabeth, Call Type: SUBJECT WITH A WEAPON | ECZ2 | EN ROUTE | Madison Steck | 914264SO |
| 10:16:38 PM | Unit Location | Secondary Location Cleared | ECZ1 | EN ROUTE | Madison Steck | 914264SO |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10:16:38 PM | Unit Status Change | EN ROUTE | ECZ1 | EN ROUTE | Madison Steck | 914264SO |
| 10:16:38 PM | Unit Status Change | Dispatched Call Number: 555, Location: 4570 PR 188, Elizabeth, Call Type: SUBJECT WITH A WEAPON | ECZ1 | EN ROUTE | Madison Steck | 914264SO |
| 9:33:21 PM | Update Unit | Assigned Personnel: E1512 - BJORK , JOSHUA; | EC31 | ARRIVED | Megan Mullins | 914268SO |
| 9:33:21 PM | Update Unit | Removed Personnel: E1505 - EBERLE , BRIAN; | EC31 | ARRIVED | Megan Mullins | 914268SO |
| 9:18:22 PM | Unit Status Change | ARRIVED | EC1 | ARRIVED | Sara Neal | 914267SO |
| 9:18:22 PM | Unit Location | 4570 PR 188, Elizabeth | EC1 | ARRIVED | Sara Neal | 914267SO |
| 9:01:35 PM | Timer Override | Override time = 3600 | ES1 | ARRIVED | Meredith McClurkan | 914272SO |
| 9:01:31 PM | Timer Override | Override time = 3600 | EC31 | ARRIVED | Meredith McClurkan | 914272SO |
| 9:01:27 PM | Timer Override | Override time = 3600 | EC21 | ARRIVED | Meredith McClurkan | 914272SO |
| 9:01:22 PM | Timer Override | Override time = 3600 | EC32 | ARRIVED | Meredith McClurkan | 914272SO |
| 9:01:18 PM | Timer Override | Override time = 3600 | EL4 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:55:52 PM | Unit Check In | | ES1 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:55:51 PM | Unit Check In | | EC31 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:55:49 PM | Unit Check In | | EC21 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:55:47 PM | Unit Check In | | EC32 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:55:46 PM | Unit Check In | | EL4 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:39:23 PM | Unit Check In | | EL4 | ARRIVED | Nichole Ida Himes Himes | 917344SO |
| 8:37:27 PM | Unit Location | Secondary Location Cleared | EC1 | EN ROUTE | Meredith McClurkan | 914272SO |
| 8:37:27 PM | Unit Status Change | EN ROUTE | EC1 | EN ROUTE | Meredith McClurkan | 914272SO |
| 8:37:27 PM | Unit Status Change | Dispatched Call Number: 555, Location: 4570 PR 188, Elizabeth, Call Type: CIT ASSIST | EC1 | EN ROUTE | Meredith McClurkan | 914272SO |
| 8:32:50 PM | Unit Check In | | EC31 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:29:00 PM | Unit Check In | | ES1 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:28:58 PM | Unit Check In | | EC32 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:26:34 PM | Unit Status Change | ARRIVED | EC21 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:26:34 PM | Unit Location | 4570 PR 188, Elizabeth | EC21 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:20:07 PM | Unit Status Change | ARRIVED | EL4 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:20:07 PM | Unit Location | 4570 PR 188, Elizabeth | EL4 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:02:43 PM | Unit Status Change | ARRIVED | EC31 | ARRIVED | Meredith | 914272SO |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | McClurkan | |
| 8:02:43 PM | Unit Location | 4570 PR 188, Elizabeth | EC31 | ARRIVED | Meredith McClurkan | 914272SO |
| 8:00:25 PM | Unit Location | Secondary Location Cleared | EL4 | EN ROUTE | Meredith McClurkan | 914272SO |
| 8:00:25 PM | Unit Status Change | EN ROUTE | EL4 | EN ROUTE | Meredith McClurkan | 914272SO |
| 8:00:25 PM | Unit Status Change | Dispatched Call Number: 555, Location: 4570 PR 188, Elizabeth, Call Type: CIT ASSIST | EL4 | EN ROUTE | Meredith McClurkan | 914272SO |
| 7:56:56 PM | Unit Status Change | ARRIVED | EC32 | ARRIVED | Meredith McClurkan | 914272SO |
| 7:56:56 PM | Unit Location | 4570 PR 188, Elizabeth | EC32 | ARRIVED | Meredith McClurkan | 914272SO |
| 7:55:35 PM | Unit Location | Secondary Location Cleared | EC21 | EMERGENCY TRAFFIC | Meredith McClurkan | 914272SO |
| 7:55:34 PM | Unit Status Change | EMERGENCY TRAFFIC | EC21 | EMERGENCY TRAFFIC | Madison Steck | 914264SO |
| 7:55:24 PM | Unit Status Change | ARRIVED | ES1 | ARRIVED | Meredith McClurkan | 914272SO |
| 7:55:24 PM | Unit Location | 4570 PR 188, Elizabeth | ES1 | ARRIVED | Meredith McClurkan | 914272SO |
| 7:52:06 PM | Unit Location | IN AREA ON 188 STANDING BY | EC21 | ARRIVED | Meredith McClurkan | 914272SO |
| 7:52:06 PM | Unit Status Change | ARRIVED | EC21 | ARRIVED | Meredith McClurkan | 914272SO |
| 7:52:06 PM | Unit Location | 4570 PR 188, Elizabeth | EC21 | ARRIVED | Meredith McClurkan | 914272SO |
| 7:40:38 PM | Unit Location | Secondary Location Cleared | EC31 | EN ROUTE | Meredith McClurkan | 914272SO |
| 7:40:38 PM | Unit Status Change | EN ROUTE | EC31 | EN ROUTE | Meredith McClurkan | 914272SO |
| 7:40:38 PM | Unit Status Change | Dispatched Call Number: 555, Location: 4570 PR 188, Elizabeth, Call Type: CIT ASSIST | EC31 | EN ROUTE | Meredith McClurkan | 914272SO |
| 7:40:20 PM | Unit Location | Secondary Location Cleared | EC32 | EN ROUTE | Meredith McClurkan | 914272SO |
| 7:40:20 PM | Unit Status Change | EN ROUTE | EC32 | EN ROUTE | Meredith McClurkan | 914272SO |
| 7:40:20 PM | Unit Status Change | Dispatched Call Number: 555, Location: 4570 PR 188, Elizabeth, Call Type: CIT ASSIST | EC32 | EN ROUTE | Meredith McClurkan | 914272SO |
| 7:39:43 PM | Unit Status Change | EN ROUTE | EC21 | EN ROUTE | Meredith McClurkan | 914272SO |
| 7:39:39 PM | Reroute | From call 576 to call 555 | EC21 | Dispatch | Meredith McClurkan | 914272SO |
| 7:39:39 PM | Unit Status Change | Dispatch Call Number: 555, Location: 4570 PR 188, Elizabeth, Call Type: CIT ASSIST | EC21 | Dispatch | Meredith McClurkan | 914272SO |
| 7:39:16 PM | Unit Status Change | CODE 3 | ES1 | CODE 3 | Meredith McClurkan | 914272SO |
| 7:38:57 PM | Unit Status Change | Dispatch Call Number: 555, Location: 4570 PR 188, | ES1 | Dispatch | Meredith McClurkan | 914272SO |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Elizabeth, Call Type: CIT ASSIST | | | | |
| 6:33:06 PM | Call Stack | Call number 576 placed on stack | ES1 | Dispatch | Meredith McClurkan | 914272SO |
| 6:33:06 PM | Unit Cleared | Unit Cleared From Call | ES1 | IN SERVICE | Meredith McClurkan | 914272SO |
| 6:03:04 PM | Unit Location | BY PH | ES1 | ARRIVED | Madison Steck | 914264SO |
| 6:03:01 PM | Unit Location | Secondary Location Cleared | ES1 | ARRIVED | Madison Steck | 914264SO |
| 6:03:01 PM | Unit Status Change | ARRIVED | ES1 | ARRIVED | Madison Steck | 914264SO |
| 6:03:01 PM | Unit Status Change | Dispatched Call Number: 555, Location: 4570 PR 188, Elizabeth, Call Type: CIT ASSIST | ES1 | ARRIVED | Madison Steck | 914264SO |
| 6:03:01 PM | Unit Location | 4570 PR 188, Elizabeth | ES1 | ARRIVED | Madison Steck | 914264SO |

**Incidents**

| Incident Number | ORI | Type |
|---|---|---|
| 2018-00003819 | CO0200000: ELBERT COUNTY SHERIFF | PERSON WITH WEAPON |