



# Incident Report

**Print Date/Time:** 04/18/2018 07:50
**Login ID:** labeyta

**Cherry Hills Village Police Dept**
**ORI Number:** CO0030500

**Incident:** 2018-00000738

| | |
|---|---|
| **Incident Date/Time:** | 4/12/2018 9:00:00 PM |
| **Location:** | 4489 PRIVATE ROAD 188, Elizabeth CO |
| **Phone Number:** | |
| **Report Required:** | No |
| **Prior Hazards:** | No |
| **LE Case Number:** | |
| **Incident Type:** | Assist -Other Agency |
| **Venue:** | |
| **Source:** | Officer Initiated |
| **Priority:** | |
| **Status:** | Cold |
| **Nature of Call:** | |

### Unit/Personnel

| Unit | Personnel |
|---|---|
| 141 | 141-Abeyta |

### Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Other | Poer, Christopher | 4489 PRIVATE ROAD 188, Elizabeth CO | | Unknown | Male | 09/04/1971 |

### Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

### Disposition(s)

| Disposition | Count |
|---|---|
| Inactive | 1 |

### Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

Page: 1 of 1



Ex. 4

## 04/16/2018 Abeyta Supp

On April 12, 2018, at approximately 2108 hours, members of the 18th Judicial District's Critical Response Team (CRT) were asked to respond to 4489 Private Road 188, Elizabeth CO, for an Officer Involved incident where a suspect died.

Upon my arrival, I was assigned to interview two of the involved deputies from the Elbert County Sheriff's Office. Investigator MARC WHITE and I interviewed Deputy TRISTAN WHITLOCK. Deputy WHITLOCK was the last deputy out of four to arrive on scene. The following is only meant to be a summary of the interview. For the complete interview, refer to Investigator WHITE'S report.

Deputy WHITLOCK said he was getting ready to go in service when this call came out at approximately 1940 hours. Deputy WHITLOCK advised that he drove Code 3 from his residence to the scene and it took him approximately twenty five minutes to get there.

Deputy WHITLOCK told us that upon his arrival, he ran into the field and got to the other deputies after the Taser had been deployed. Deputy WHITLOCK said that when he got to the deputies, they were performing CPR.

Deputy WHITLOCK then went down to the fence line to help the medical personnel get through the fence to tend to the suspect, later identified as CHRISTOPHER POER (DOB: 09/04/1971). Deputy WHITLOCK said that once POER was loaded into the ambulance, he was asked to go and get a written statement from the female at the residence. Deputy WHITLOCK said he met with ELAINE (no further information). Deputy WHITLOCK got ELAINE'S written statement and said that ELAINE told him that she was a dog trainer that trained service dogs and POER was getting one of the dogs. Deputy WHITLOCK advised us that ELAINE had told him that POER had some psychiatric "problems" but did not elaborate on what the problems were.

Deputy WHITLOCK told us that he had ELAINE'S written statement in his patrol vehicle. Deputy WHITLOCK advised us that he had lost his work cellular phone in the field and he went back to find it. Deputy WHITLOCK said he found his phone and he and Officer CHRIS DICKEY also located the firearm POER used during this incident. Deputy WHITLOCK told us that the firearm was located in the general area of where CPR was being performed. Deputy WHITLOCK said that Deputy DICKEY secured the firearm.

Deputy WHITLOCK said he did not see any shell casings on the ground. Deputy WHITLOCK said that they were able to locate the doors from the Taser cartridge that was deployed during this incident. They also located POER'S cell phone and a credit card. Deputy WHITLOCK had the phone and credit card on his person at the time of the interview and turned them over to Investigator WHITE. Investigator WHITE asked where all of the items had been recovered from. Deputy WHITLOCK advised that everything was found in the immediate vicinity of where the deputies were performing CPR on POER. Investigator WHITE asked Deputy WHITLOCK to draw a diagram of the scene to show where he had gone and what he did. After the diagram was complete we ended the interview with Deputy WHITLOCK.

Investigator MIKE HEYLIN and I interviewed Sergeant TRAVIS TURNER. The following is meant to be a summary of the interview. For the complete interview, please refer to Investigator HEYLIN'S report.

Investigator HEYLIN asked Sergeant TAYLOR to take us through the events leading up to us having the interview with him. Sergeant TAYLOR said that he received a phone call at approximately 1803 hours regarding a male party advising that someone had put cameras in his house and put a tracking device in his phone.

Sergeant TAYLOR said he and Deputy DICKEY were serving a protection order on Quail Lane near County Road 150. Sergeant TAYLOR told us that after they served the protection order, he and Deputy DICKEY were talking when this call came out. Sergeant TAYLOR advised us that the person calling advised dispatch of a man with a gun, making this a "priority one" response.

Sergeant TAYLOR said that Deputies DICKEY and JOSHUA BJORK arrived on scene and as they were doing that, dispatch advised that the subject with a gun had gone outside and was firing shots. Sergeant TAYLOR said that Deputy DICKEY aired over the radio that he (DICKEY) could hear shots being fired.

Sergeant TAYLOR said that upon his arrival, they used his patrol vehicle to approach POER. Sergeant TAYLOR advised they did this because he usually carries a shield in his truck but then realized that the shield was in a different truck due to his needing repairs.

Sergeant TAYLOR told us that they moved his vehicle towards POER and that is was starting to get dark enough not to see without lights. Sergeant TAYLOR said that as they were moving, he was able to see POER. Sergeant TAYLOR told us he put his vehicle in park and grabbed his patrol rifle and began giving POER commands. Sergeant TAYLOR said POER lied down in the grass, so he put his light on him so the other deputies could see where he was.

Sergeant TAYLOR told us that he was yelling at POER to show them his hands and that he would shoot him if he did not. Sergeant TAYLOR told us that POER did not comply and as they approached POER, he (TAYLOR) could see POER'S left hand and POER made a motion as if he was reaching for a gun. Sergeant TAYLOR said they were between ten and fifteen feet away from him at this time.

Sergeant TAYLOR said POER was lying down and reaching out. Sergeant TAYLOR said he finally saw the pistol down to the right of POER. Sergeant TAYLOR advised us that he told the other deputies that he saw the gun and Deputy BJORK got the gun.

Sergeant TAYLOR told us that Deputy DICKIE then got on POER and put his foot in POER'S back. SERGEANT TAYLOR said Deputy BJORK was on POER'S right side trying to get control of his arm. Sergeant TAYLOR said he then put the muzzle of his rifle to the back of POER'S head and told him "I will kill you". Sergeant TAYLOR then stated that he was not quite sure what he told POER and said it was "colorful".

Sergeant TAYLOR said he told Deputy DICKEY to deploy his Taser at POER because he was not complying. Sergeant TAYLOR told us that he was not sure if the Taser struck POER and added that POER continued resisting and would not let them put him in handcuffs. SERGEANT TAYLOR said he then punched POER on the left side of his face approximately five times. Sergeant TAYLOR advised us that he thought he hit POER hard enough to knock him out. Sergeant TAYLOR said that he was able to gain control of POER'S left hand and they were able to get POER in handcuffs.

3

Sergeant TAYLOR told us that he and Deputy DICKIE then secured their rifles in his patrol vehicle and then began searching POER. They rolled him over and Deputy DICKIE noticed POER was "frothing" from his mouth. Sergeant TAYLOR said they put POER in a seated position and checked him for a pulse. Neither Sergeant Taylor nor Deputy DICKIE was able to find a pulse on POER. They un-handcuffed POER and began performing CPR.

Sergeant TAYLOR said that while Deputy DICKIE was performing the first round of chest compressions, he (TAYLOR) noticed POER had small amounts of blood around the area of POER'S nose. Sergeant TAYLOR went on to describe it as being "speckles" of blood. Sergeant TAYLOR said POER'S eyes were fixed and dilated. Sergeant TAYLOR began to think that POER could have possibly shot himself and began looking for any sign of a gunshot wound but was unable to find any.

Sergeant TAYLOR said they called for medical and to have them expedite because CPR was in progress. Sergeant TAYLOR told us that he decided that they would transport POER from the middle of the field to the road to meet the ambulance. Sergeant TAYLOR added that they tried to continue CPR while in the back of the patrol vehicle and he even tried using his knee to perform the compressions. Sergeant TAYLOR advised that medical had arrived on scene and took over all medical treatment and then he asked dispatch to send an alert the command staff regarding this incident.

Investigator HEYLIN asked Sergeant TAYLOR some follow up questions (see his report).

Investigator HEYLIN asked Sergeant TAYLOR about how close they were to POER when they were able to see his hands. Sergeant TAYLOR said they were approximately ten to fifteen feet away from POER and he added that they were yelling commands at him and he was not complying at all with any of the commands they were giving. Sergeant TAYLOR told us that they were yelling at POER to comply or he would be shot and he still would not comply.

Investigator HEYLIN asked Sergeant TAYLOR what he was thinking when he heard POER yelling when they first arrived on scene. Sergeant TAYLOR said he thought it was a "crazy" guy yelling and screaming. Sergeant TAYLOR said the yelling stopped as soon as they approached him. Sergeant TAYLOR told us that when POER looked at them, POER had a "creepy" expression on his face when he reached for something. Sergeant TAYLOR said he thought POER may have wanted to get shot and if he (TAYLOR) would not have seen the gun, they probably would have shot him.

Investigator HEYLIN asked Sergeant TAYLOR to go over the Taser process again. Sergeant TAYLOR told us that Deputy DICKIE put his foot or his knee on POER'S back and POER was still moving around. Sergeant TAYLOR then said he put his foot in the small of POER'S back. Sergeant TAYLOR described it as he "stomped" him hard. Sergeant TAYLOR said Deputy BJORK was on his right side trying to gain control of POER'S right hand. Sergeant TAYLOR added that he put the muzzle of his rifle to the back of POER'S head and told him he was going to kill him if he did not give them his hands. Sergeant TAYLOR told us that POER continued resisting and that was when he told Deputy DICKIE to deploy the Taser. Sergeant TAYLOR said that he did not want to get himself or the other deputies hurt and POER was being totally noncompliant.

4

Sergeant TAYLOR said that he could not remember hearing any of noise from the Taser. Investigator HEYLIN asked Sergeant TAYLOR if POER'S body actions changed while the Taser was deployed. Sergeant TAYLOR said there was no change in POER'S actions until he punched him. Sergeant TAYLOR told us that he hit POER on the side (left) of his face approximately five times before they were able to gain control of POER'S hands.

Investigator HEYLIN asked Sergeant TAYLOR to describe how POER was resisting. Sergeant TAYLOR said that POER was holding his arms underneath him and that he could only see POER'S left hand. Sergeant TAYLOR told us that he was unsure if both probes from the Taser hit POER or not.

Investigator HEYLIN asked Sergeant TAYLOR approximately how long it was from the time Deputy DICKIE noticed POER foaming from his mouth until they had POER loaded on the truck. Sergeant TAYLOR advised us it was approximately five or six minutes. Sergeant TAYLOR said they sat POER up and after they noticed the foaming, they took the handcuffs off and began chest compressions approximately one to two minutes after the POER was initially placed in handcuffs. Sergeant TAYLOR said he remembered saying that he thought he knocked POER out and that was when they began checking for a pulse. Sergeant TAYLOR told us they began chest compressions and he and Deputy DICKIE took turns doing the chest compressions for approximately ten minutes.

SERGEANT TAYLOR stated that he was so exhausted after they put POER into the ambulance that he was "seeing stars". Sergeant TAYLOR said he had his pre-workout drink in his truck that also had Glutamine in it. Sergeant TAYLOR said he drank some of that to get rehydrated because he had been sweating profusely during this incident.

Sergeant TAYLOR said he was not sure if POER was conscious and breathing when they sat him up. Sergeant TAYLOR also stated that POER never said anything either. Investigator HEYLIN asked Sergeant TAYLOR if there was a time during this incident when he noticed that POER was not conscious or breathing. Sergeant TAYLOR replied that it was not until they saw POER foaming from the mouth. Sergeant TAYLOR also stated that POER'S eyes were fixed and dilated as if he had died right in front of them.

Investigator HEYLIN asked Sergeant TAYLOR where he thought POER would have injuries as a result of this incident. Sergeant TAYLOR advised us that because he punched POER on the left side of POER'S face, there would be injuries there. Sergeant TAYLOR added that there should be injuries in the area of where the Taser hit him. Sergeant TAYLOR stated that there were also drops of blood on his face and that was what prompted him to look for a gunshot wound. Sergeant TAYLOR also added that there should be broken ribs as a result of CPR.

I confirmed with Sergeant TAYLOR that when Deputy DICKIE aired that he heard gunshots that those gunshots were not being fired at Deputy DICKIE and Sergeant TAYLOR said that to the best of his knowledge the shots were not aimed at Deputy DICKIE.

I also verified with Sergeant TAYLOR that he punched POER after the Taser deployment. I also asked him how many cycles of the Taser were deployed. Sergeant TAYLOR confirmed that he did punch POER after

5

the Taser deployment and he did not know how many cycles of the Taser were deployed. Sergeant TAYLOR said that he was not sure if the Taser was effective or not.

Investigator HEYLIN had Sergeant TAYLOR to diagram the scene on a printed image of the scene from Google earth. Sergeant TAYLOR explained the diagram as he was drawing it.

I asked Sergeant TAYLOR if either the address or POER had been known to the Sheriff's Office. Sergeant TAYLOR told me that he had never been dispatched to the address nor had he ever contacted POER in the five years that he had been employed by the Sheriff's Office. We asked Sergeant TAYLOR if he had any questions for us. Sergeant TAYLOR said he did not and we terminated the interview.