IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01088-LTB-NRN

SHERY POER, as Administratrix of the Estate of Christopher Poer, Deceased, and
G.P. and M.P. as Surviving Minor Children of Deceased,

       Plaintiffs,

v.

THE CITY OF COMMERCE CITY,
SHERIFF TIM NORTON, in his official capacity,
DEPUTY CHRIS DICKEY, and
SERGEANT TRAVIS TURNER, both of whom are sued in their individual capacities.

       Defendants.

_____

**NOTICE OF CONVENTIONALLY SUBMITTED EXHIBIT 5
TO MOTION FOR SUMMARY JUDGMENT**
_____

       Defendants Sheriff Tim Norton, in his official capacity, Deputy Chris Dickey, and Sergeant Travis Turner (collectively, the "Elbert County Defendants"), pursuant to ECF Procedure 4.8(f)(1) and (2), hereby provide notice that copies of the conventionally submitted materials of Exhibit 5 to the Motion for Summary Judgment from the Elbert County Defendants (bodycam video) will be sent via U.S. Mail, postage prepaid, to the addresses as shown on the Certificate of Service.

EXHIBIT 5

Respectfully submitted this 22nd day of May, 2020.

*/s/ Gillian Dale*
Gillian Dale, Esq.
Mark S. Ratner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:    (303) 628-3300
Facsimile:    (303) 628-3368
daleg@hallevans.com
ratnerm@hallevans.com

**ATTORNEYS FOR DEFENDANTS TIM NORTON, CHRIS DICKEY, AND TRAVIS TURNER**

2

EXHIBIT 5

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 22nd day of May, 2020, I electronically filed the foregoing **NOTICE OF COVENTIONALLY FILED EXHIBIT 5 TO MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

David N. Fisher
Fisher & Byriaslen, PLLC
4900 S. Syracuse Street, 9th Floor
Denver, CO  80237

*/s/ Denise Y. Gutierrez, Legal Assistant to*
Gillian Dale
Mark S. Ratner
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3300
Fax:  303-628-3368
daleg@hallevans.com
ratnerm@hallevans.com
**ATTORNEYS FOR DEFENDANTS
TIM NORTON, CHRIS DICKEY, AND
TRAVIS TURNER**

3

EXHIBIT 5