# Incident Report #020183819



**Elbert County Sheriff's Office**
751 Ute Ave P.O. Box 486
Kiowa, Colorado 80117
p:303-621-2027
fax:303-621-2055

## Event Info

| Date Reported | Time Reported | Time Dispatched | Time Arrived | Time Completed |
|---|---|---|---|---|
| 04/12/2018 | 17:53 | 18:33 | 19:52 | 02:33 |

| Addr. of Occ. | | City | Zipcode | Date Occ. Range | Time Occ. Range |
|---|---|---|---|---|---|
| 4570 PRIVATE ROAD 188 | | PARKER | 80138 | 04/12/2018 - 04/13/2018 | 17:53 - 02:33 |

| District | Grid | Shift | How Reported | Dispatch Disposition |
|---|---|---|---|---|
| ECSO1 | ECSO1 (Parker) | 7 | 911 | OPN |

| Agency 1 | Initial Investigator |
|---|---|
| ELBERT COUNTY SHERIFFS OFFICE | JACKSON, WILLIE |

## Classification  Completed

| Offense Code | Offense Desc | Class | Subclass |
|---|---|---|---|
| 18-3-206 | MENACING W/DEADLY WEAPON (F5) | HOMICIDE | In-Custody Death |

| Hate/Bias Motivation | Domestic Violence | Premise | Auto Weapon Indicator |
|---|---|---|---|
| NONE | Y | RESIDENCE/HOME | |

| Type Weap/Force | Suspected Using |
|---|---|
| OTHER WEAPON/FORCE • PERSONAL WEAPON | DRUGS/NARCOTICS |

## Arrested Person

| Name Type | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Arrestee | POER, CHRISTOPHER | 4570 PRIVATE ROAD 188 | PARKER | CO | 80138 |

| DOB | Sex | Race | EO | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|---|---|
| 09/04/1971 | M | WHITE | NON-HISPANIC | 510 | 230 | BRO | BLK |

| Cell Phone | Residential Phone |
|---|---|
| (303) 588-3987 | (202) 450-0566 |

## Charges

| Charge Code | Charge Description | Charge Dispo |
|---|---|---|
| 18-3-206 | MENACING W/DEADLY WEAPON (F5) | |
| 18-8-103(1)(a) | RESISTING ARREST (M2) | |
| 18-8-104(4) | OBSTRUCTING A PEACE OFFICER, FIREFIGHTER, EMERGENCY MEDICAL | |
| 18-6-800.3 | DOMESTIC VIOLENCE | |
| 18-3-208. | RECKLESS ENDANGERMENT (M3) | |

## Details

| Arrest Date | Arrest Time | Arrest By | Arresting Agency |
|---|---|---|---|
| 04/12/2018 | 20:05 | DICKEY, CHRIS | ELBERT COUNTY SHERIFFS OFFICE |

| Arrest Location | Type Arrest |
|---|---|
| 4570 PRIVATE RD 188 ELIZABETH, CO 80107 | CUSTODY |

## Suspect

| Name Type | Name | Class associations | Address |
|---|---|---|---|
| Suspect | POER, CHRISTOPHER | HOMICIDE/In-Custody Death | 4570 PRIVATE ROAD 188 |

Ex. 6

1/7

| City | State | Zip | DOB | Sex | Race | EO | Height |
|---|---|---|---|---|---|---|---|
| PARKER | CO | 80138 | 09/04/1971 | M | WHITE | NON-HISPANIC | 510 |
| Weight | Hair | Eyes | Cell Phone | Residential Phone | | | |
| 230 | BRO | BLK | (303) 588-3987 | (202) 450-0566 | | | |

## Victim

| Name Type | Name | Class associations | Address |
|---|---|---|---|
| Victim | HOLT, ELAINE | HOMICIDE/In-Custody Death | 4570 PR 188 |
| City | State | Zip | DOB | Sex | Race | EO |
| ELIZABETH | CO | 80107 | 08/23/1967 | F | WHITE | NON-HISPANIC |
| Residential Phone | | | | | | |
| (303) 588-3987 | | | | | | |

| Type Victim | Aggravated Assault/Homicide Circumstances |
|---|---|
| INDIVIDUAL | CRIMINAL KILLED BY POLICE OFFICER |

## Assist deputy

| Name Type | Name | Address | City | State | Zip | Sex |
|---|---|---|---|---|---|---|
| Assist deputy | BJORK, JOSHUA | 751 UTE AVE | KIOWA | CO | 80117 | M |
| Occupation | | Employer Phone | | | | |
| GOVERNMENT SERVICE | | (303) 621-2027 | | | | |

## Assist deputy

| Name Type | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Assist deputy | WHITLOCK, TRISTAN TRISTAN | 751 UTE AVE | KIOWA | CO | 80117 |
| Sex | Race | EO | Occupation | Business/School | |
| M | WHITE | NON-HISPANIC | GOVERNMENT SERVICE | ELBERT COUNTY SHERIFF | |
| Employer Phone | | | | | |
| (303) 621-2027 | | | | | |

## Assist deputy

| Name Type | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Assist deputy | DICKEY, CHRISTOPHER | 751 UTE AVENUE | KIOWA | CO | 80117 |
| Sex | Race | | | | |
| M | WHITE | | | | |

## Assist deputy

| Name Type | Name | Address | City | State | Zip |
|---|---|---|---|---|---|
| Assist deputy | CILLO, PATRICK | 751 UTE AVENUE | KIOWA | CO | 80117 |
| Occupation | | Business/School | | Employer Phone | |
| GOVERNMENT SERVICE | | ELBERT COUNTY SHERIFF'S OFFICE | | (303) 621-2027 | |

## Assist officer

| Name Type | Name | Address | City |
|---|---|---|---|
| Assist officer | BRUKBACHER, SHANNON | 18600 LINCOLN MEADOWS PKWY | PARKER |
| State | Zip | Employer Phone | |
| CO | 80134 | (303) 805-6523 | |

## Investigator

| Name Type | Name | Address | Room/Apt | Employer Phone |
|---|---|---|---|---|
| Investigator | DENNIS, CHRIS | 751 UTE AVE | #,, | (303) 805-6110 |

## Investigator

| Name Type     | Name            | Address         | Room/Apt | City  | State |
|---------------|-----------------|-----------------|----------|-------|-------|
| Investigator  | JACKSON, WILLIE | 751 UTE AVENUE  | #,,      | KIOWA | CO    |

| Zip   | Sex | Race             | EO           | Occupation          |
|-------|-----|------------------|--------------|---------------------|
| 80117 | M   | PACIFIC ISLANDER | NON-HISPANIC | GOVERNMENT SERVICE  |

| Business/School | Employer Phone  |
|-----------------|-----------------|
| ECSO            | (303) 621-2027  |

## Primary deputy

| Name Type      | Name                    | Address        | City  | State | Zip   |
|----------------|-------------------------|----------------|-------|-------|-------|
| Primary deputy | TURNER, TRAVIS SERGEANT | 751 UTE AVENUE | KIOWA | CO    | 80117 |

| Occupation         | Business/School                | Employer Phone  |
|--------------------|--------------------------------|-----------------|
| GOVERNMENT SERVICE | ELBERT COUNTY SHERIFF'S OFFICE | (303) 621-2027  |

## Witness

| Name Type | Name                 | Address              | City      |
|-----------|----------------------|----------------------|-----------|
| Witness   | SHALLABARGER, WESTON | 4369 PRIVATE ROAD 188 | ELIZABETH |

| State | Zip   | DOB        | Sex | Race  | EO           | Height | Weight |
|-------|-------|------------|-----|-------|--------------|--------|--------|
| CO    | 80107 | 01/03/1997 | M   | WHITE | NON-HISPANIC | 507    | 160    |

| Hair | Eyes | Cell Phone     |
|------|------|----------------|
| BRO  | BRO  | (618) 971-9378 |

## Witness

| Name Type | Name        | Address               | City      | Zip   |
|-----------|-------------|-----------------------|-----------|-------|
| Witness   | FINK, DAVID | 4369 PRIVATE ROAD 188 | ELIZABETH | 80107 |

| DOB        | Sex | Race  | EO           | Height | Weight | Hair | Eyes |
|------------|-----|-------|--------------|--------|--------|------|------|
| 11/25/1949 | M   | WHITE | NON-HISPANIC | 510    | 185    | GRY  | BLU  |

| Cell Phone     |
|----------------|
| (303) 907-4749 |

## Witness

| Name Type | Name             | Address               | City      |
|-----------|------------------|-----------------------|-----------|
| Witness   | GANNON, MACKENZIE | 4369 PRIVATE ROAD 188 | ELIZABETH |

| State | Zip   | DOB        | Sex | Race  | EO           | Height | Weight |
|-------|-------|------------|-----|-------|--------------|--------|--------|
| CO    | 80107 | 10/06/1998 | F   | WHITE | NON-HISPANIC | 505    | 150    |

| Hair | Eyes | Cell Phone     |
|------|------|----------------|
| BLN  | GRN  | (618) 604-7738 |

## Property

| Record Type | Date Reported | Status              | Property Type |
|-------------|---------------|---------------------|---------------|
| EVIDENCE    | 04/01/2018    | EVIDENCE IN CUSTODY | FIREARM       |

| Model/Desc | Serial No | Stolen Value | Date Recovered | Recovered Value |
|------------|-----------|--------------|----------------|-----------------|
| .380       | 27A146752 | $0.00        | 04/18/2018     | $0.00           |

| Damaged Value | Property Classification |
|---------------|-------------------------|
| $0.00         | NO CLASS ASSOCIATON     |

## Supplemental Narrative

| Written By      | Date Written |
|-----------------|--------------|
| JACKSON, WILLIE | 04/18/2018   |

On 04/12/2018 at approximately 2200 hours, I, Investigator Willie Jackson with the Elbert County Sheriff's Office Investigation Division responded to a in-custody death call at 4570 Private Road 188, unincorporated Parker, Elbert County, State of Colorado.

Prior to arrival, I was advised by LT. Cillo with the Elbert County Sheriff's Office to respond to Rattlesnake Fire Division 46220 Coal Creek Rd, unincorporated Parker, Elbert County, Colorado to retrieve evidence from the 18th Judicial Critical Response Team (C.R.T.).  On 04/13/2018 at approximately 0058 hours, I received the following evidence from C.R.T. :
- 1 - Black Sig Sauer 238 (.380mm) Pistol - (SN: 27A146752)
- 1 - Black iPhone in clear/black UAG case
- 1 - Taser cartridge in paper evidence bag (sealed)
- 1 - Black Taser X26P (SN: X120084AC)
- 2 - Green Taser cartridge doors in envelope
- 1 - TD Bank Debit Card (SN: 4772131245031007)
- 1 - White plastic bag containing miscellaneous clothing

All evidence I received from the C.R.T. were placed in evidence lockers 51 and 53.  I completed a evidence sheet for all evidence and safe keeping items which is attached to this report.

I also received a white trash bag and a camouflage bag which was also placed into the evidence locker for safe keeping.

This case was turned over to the CRT for further investigation.

On 04/18/2018 at approximately 0915 hours, I did take into custody evidence from the El Paso County Coroner's Office autopsy evidence.  The following evidence was received and placed into evidence:
- 2 - Paper bags removed from right and left hand
- 1 - DNA blood card
- 2 - Clippings from right and left fingernails
- 1 - Swab from face
- 1 - Swab from right hand
- 1- Swab from left hand

On 04/19/2018 at approximately 1300 hours, I met with Detective Shannon Brukbacher with the Parker Police Department and removed the plastic bag containing the clothing (ITEM #7) that was worn by Chris during the incident.  Detective Brukbacher and I took pictures of all the clothing items within the evidence bag.  Detective Brukbacher did sign out and take item #2 (iPhone cellphone) to retrieve information by doing a forensic download.

On 04/23/2018 Sgt. Armstrong with the Elbert County Sheriff's Office did retrieve the iPhone from Detective Brukbacher at the Parker Police Department.  Sgt Armstrong did return the iPhone to me and I placed the phone back into evidence.

On 06/15/2018 at approximately 0900 hours, I received a copy of the Coroners Verdict.  I have attached a copy of the Coroners Verdict to this report and a copy was emailed to Detective Brukbacher with the C.R.T team for further investigation.  The coroners verdict concluded the cause of death as sudden death associated with amphetamine intoxication, dilated cardiomyopathy and taser deployment.

On 11/13/2018 at approximately 1700 hours, I received a copy of the 18th Judicial District Attorney's Office executive summary in the case dated 08/09/2018 which indicates that Deputy Dickey was legally justified in his use of force.  Deputy Dickeys use of force was considered reasonable, necessary, and appropriate.   A copy of the District Attorney's report to Sheriff Shayne Heap is attached to this report.

This case is being placed in a closed and inactive status.

## Case Management

| Initial Investigator | Report Status | Approved By | Date Approved | Solvability |
| --- | --- | --- | --- | --- |
| JACKSON, WILLIE | Approved | DAVIS, KELLY | 01/15/2019 14:00 | 0.00% |

## Approval History

| Status | Approved By | Date |
|---|---|---|
| Approved | ARMSTRONG, ERIC | 12/04/2018 12:47 |
| Approved | FORDYCE, AMY | 12/06/2018 15:57 |
| Approved | DAVIS, KELLY | 01/15/2019 14:00 |

## Investigative History

| Investigator | Team Name | Date |
|---|---|---|
| JACKSON, WILLIE | INVESTIGATIONS | 04/18/2018 11:36 |
| DAVIS, KELLY | RECORDS | 12/04/2018 12:48 |

## Graphics

  
  
  
  
  



