| | |
|---|---|
| **Supplemental Report** | **Parker Police Department** |
| **Report Date: 06/18/2018** | **18600 Lincoln Meadows Pkwy.** |
| **Activity Num: 2018-001595** | **Parker, CO 80134** |

## SUMMARY

Occurred: Thu 04/12/2018 21:00  
Location: 18600 LINCOLN MEADOWS PKWY Parker, CO 80134  
District: 2  
Response Area: 123  

Date Prepared: 6/18/2018

## INVOLVED PERSONNEL

Approving Officer: Bryant, Kristopher  Badge: 0004  
Reporting Officer: Brukbacher, Shannon  Badge: 9802  

## VIOLATIONS

No Violations associated with this report.

## LOCATIONS

Occurrence Address:   18600 LINCOLN MEADOWS PKWY Parker, CO 80134

## RELATED CASES

No Related Cases associated with this report.

Ex. 7

COPY

# Parker Police Department Supplemental Report
## Activity # 2018-001595

**A. Additional Involved Personnel:** None

**B. Investigation:** On June 18, 2018 I received the autopsy report and the coroner's verdict. Upon reviewing the report, I noted that Christopher's amphetamine and citalopram level seemed high. Amphetamines were 565 ng/mL and citalopram was 773 ng/mL. I researched both of these levels and learned that according to http://www.ingentaconnect.com/contentone/govi/pharmaz/2003/00000058/00000007/art00001?crawler=true a toxic level of citalopram is greater than 400 ng/mL and fatal levels greater than 500 ng/mL. Toxic levels for amphetamines are greater than 200 ng/mL and fatal levels greater than 500 ng/mL.

The opinion of the Medical Examiner is that POER died as a result of sudden death associated with amphetamine intoxication, dilated cardiomyopathy, and Taser deployment. He noted other significant medical conditions included hypertension, obesity, chronic alcohol abuse, congestive heart failure, and chronic kidney disease. The manner of death is homicide.

**C. Investigative Leads/Follow-up:** Exceptionally cleared, forwarded to Elbert County SO and the District Attorney's Office.

**D. Attachments:** Autopsy report