# Pulse Log Graph



**Table indicates output voltage of the capacitor(s) measured inside the Conducted Electrical Weapon. Table does not reflect actual voltage or charge delivered into target.**

# EXHIBIT 8

# Pulse Log Graph



**Cartridge 1**

Serial #: X120084AC
Date Time: 12 Apr 2018 20:03:58

■ Arc ▲ Stim ◆ Charge

Capacitor Voltage [volts]

Charge [microcoulombs]

Time [seconds]

Table indicates output voltage of the capacitor(s) measured inside the Conducted Electrical Weapon.
Table does not reflect actual voltage or charge delivered into target.



| TASER Information | | Report Generated by | |
|---|---|---|---|
| Dept. | Elbert County Sheriff's Office Name | Name | Dennis, Chris |
| Serial | X120084AC | Badge ID | yNyyjJc |
| Model | TASER X26P | Local Timezone | Mountain Standard Time (UTC -0600) |
| Firmware Version | Rev. 04.037 | Generated On | 13 Apr 2018 10:50:00 |
| Device Name | Deputy Chris Dickey | | |
| Health | Good | | |

## Dates from : Thu Apr 12 00:00:00 2018   to : Thu Apr 12 23:00:00 2018

## Device (X26P)

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 119 | 12 Apr 2018 20:03:50 | Armed | | 25 | 87 |
| 120 | 12 Apr 2018 20:03:51 | Trigger | 5 | | 87 |
| 121 | 12 Apr 2018 20:03:58 | Trigger | 5 | | 87 |
| 122 | 12 Apr 2018 20:05:08 | Safe | 78 | 28 | 86 |