EL PASO COUNTY CORONER
2741 EAST LAS VEGAS STREET
COLORADO SPRINGS, COLORADO 80906

NAME: POER, Christopher                    COUNTY: ELBERT

Date of Birth: 09/04/1971    Age: 46       AUTOPSY NO: 18-0323
                                           AUTOPSY DATE: 04/16/2018
Sex: M    Ht: 69"    Wt: 213 lbs.          BEGAN: 9:00 AM

MD: Daniel Lingamfelter, D.O.    DATE OF PRONOUNCEMENT: 04/12/2018
                                 TIME OF PRONOUNCEMENT: 9:06 PM
Identified by: Elbert County Coroner

---

**FINAL DIAGNOSIS:**

I. Sudden death associated with amphetamine intoxication, dilated cardiomyopathy, and Taser deployment:
   A. History that the subject was tased by law enforcement and immediately became unresponsive.
   B. Two contused punctures sites, lumbar back, consistent with Taser injuries.
   C. Toxic-lethal blood level of amphetamine.
   D. Dilated cardiomyopathy (heart weight = 640 gm).

II. Obesity:
   A. Body mass index = 31.5 kg/m$^2$ (normal range = 18.5 – 24.9 kg/m$^2$).

III. Mild-moderate coronary atherosclerosis.

IV. Hepatic steatosis.

V. Early decompositional changes.

VI. Significant medical history:
   A. Hypertension.
   B. Obesity.
   C. Chronic alcohol abuse.
   D. Congestive heart failure.
   E. Chronic kidney disease, Stage III.

**MSJ EXHIBIT F**
Case No. 19-cv-01088

**OPINION:** It is my opinion that Christopher Poer, a 46-year-old White male, died as a result of sudden death associated with amphetamine intoxication, dilated cardiomyopathy, and Taser deployment. Other significant medical conditions include hypertension, obesity, chronic alcohol abuse, congestive heart failure, and chronic kidney disease.

Per video observed from body camera footage recorded at the scene, Taser deployment can be heard, followed immediately by a groaning sound by the subject and immediate unresponsiveness, from which he never regains consciousness.

**MANNER OF DEATH:** Homicide.


_____
DANIEL LINGAMFELTER, D.O.

_____
ROBERT C. BUX, M.D.

_____
LEON KELLY, M.D.

_____
EMILY R. BERRY, M.D.

DL/jcs
June 11, 2018

**PERSONS PRESENT AT AUTOPSY:** Mike Graeff and Todd Pederson, representing the Elbert County Coroner's Office; and Shannon Brukbacher, representing the Parker Police Department.

*GROSS EXAMINATION:*
**GENERAL EXAMINATION**

The body is that of a normally-developed, obese, adult White male who weighs 213 lbs, is 69 inches in length, and appears compatible with the reported age of 46 years. An Elbert County Coroner identification tag is around the right great toe. An El Paso County Coroner identification band is around the left ankle.

The body is received clad in a green hospital gown.

The body is received with the hands bagged.

Full body radiographs are taken and examined.

Fingernail clippings from the right and left hand, swabs from the hands and face, one blood card, and a set of prints from the right and left hands are collected.

All evidence collected at the time of autopsy (two paper bags removed from right and left hands, one blood card, bilateral fingernail clippings, swabs from face, swabs from right hand, swabs from left hand, and one set of prints taken from right and left hands) is retained.

**EXTERNAL EXAMINATION**

Embalming is absent. Rigor mortis is fully developed in all extremities and the jaw. Fixed dark pink-purple lividity extends over the posterior body surfaces, except in areas exposed to pressure. The deceased has gray-brown, straight scalp hair averaging ¼ inch in maximum length. Prominent balding is noted. The irides appear brown; the corneae are clear; and there are no petechiae of the bulbar or palpebral surfaces of the conjunctivae. The ears, nose, lips, and external auditory canals are unremarkable. The mouth has natural teeth in good condition. The decedent has a gray mustache and beard. The external genitalia and perineum are unremarkable.

An 8 inch dark ink tattoo obscured by decompositional changes is on the upper right chest. The upper right arm and forearm are covered in dark ink tattoos including a tribal scorpion pattern, swords, a snake, and triangular shapes.

A 4 ¼ inch vertical scar extends lateral to the left elbow. A 1 ½ inch horizontal linear scar is on the anterior right knee. A 3 inch oblique linear scar is on the superolateral right buttock.

Besides the evidence of medical therapy, decomposition, and injury to be described, the remainder of the external examination of the body is unremarkable.

**EVIDENCE OF MEDICAL THERAPY**

A medical identification band is around the left wrist. An endotracheal tube extends from the oral cavity. A contused puncture is present in the left antecubital fossa. A vascular access line is in the right antecubital fossa. A vascular access line is in the dorsal right hand. An intraosseous needle extends from the upper left shin.

Findings consistent with resuscitative efforts include a 1 ½ inch tan abrasion on the mid chest, a transverse sternal fracture at the level of the 2nd ribs, and bilateral anterior fractures/costosternal disarticulations of the 3rd through 7th ribs.

**EVIDENCE OF DECOMPOSITION**

Dark green discoloration and marbling cover the face, front of the neck, shoulders, upper chest, and the upper portions of the arms.

Decompositional changes of the internal organs are present.

**EVIDENCE OF INJURY** 

A ½ inch vertical linear dark pink-red abrasion is on the mid forehead. Lateral bulbar conjunctival hemorrhage is identified.

A 4 ¾ inch left temporal subscalpular/subgaleal hemorrhage and a ½ inch right frontal subscalpular/subgaleal hemorrhage are present.

Two 3/16 inch dark red-purple contused puncture sites are on the lumbar back, located 25 ¾ inches below the top of the head. One puncture site is located 1 ¼ inches left of the posterior midline while the other puncture site is located 1 inch right of the posterior midline.

A 1 ⅛ inch oblique linear area of black abrasions is on the upper right chest.

A 3 inch dark pink-red curvilinear abrasion is on the lateral left hip.

A 6 ¾ inch area of dark pink-gray contusions covers the anterior right knee and upper right shin. A 1 ½ inch oblique linear dark red abrasion is on the lower anteromedial left thigh. A ¾ inch dark pink-gray contusion is on the upper left shin. A 4 inch area of purple-gray contusions is on the lateral lower left leg. A 1 ⅝ inch dark pink-gray contusion is on the left calf. A ¼ inch dark red abrasion is on the lower left calf.

## INTERNAL EXAMINATION

HEAD: The scalp is incised and retracted. The scalp, subscalpular area, and skull are unremarkable. The cranial vault is opened revealing thin, tough, pliable dura and no hemorrhage in the epidural, subdural, or subarachnoid space. The cerebrospinal fluid is clear. The brain weighs 1400 gm and the cerebral hemispheres, midbrain, and pons are symmetrical and grossly unremarkable. On cross-section of the brain parenchyma, there is no evidence of infection, tumor, or trauma. The dura is stripped from the basilar skull and no fractures are found. The cervical spinal column is stable upon internal palpation.

BODY: The body is opened with a Y-shaped incision. The organs occupy their usual positions and relationships. The body cavities are free of significant adhesions. Each pleural cavity contains approximately 50 mL of serosanguineous fluid. The pericardial and peritoneal cavities contain no abnormal collections of fluid.

NECK: The hyoid bone and larynx are intact. The airway is patent and there is no evidence of infection or tumor. The thyroid gland and tongue are unremarkable.

CARDIOVASCULAR SYSTEM: The intimal surface of the abdominal aorta is free of significant atherosclerosis. The heart is dilated and weighs 640 gm. The epicardial and endocardial surfaces are smooth and glistening. The myocardium is uniformly firm and has a homogeneous, beefy-red appearance. The cardiac valves are thin, delicate, and unremarkable. The left anterior descending artery contains 25-40% atherosclerotic luminal stenosis. The left circumflex and right coronary arteries are free of grossly evident atherosclerosis.

LUNGS: The right lung weighs 680 gm and the left lung weighs 480 gm. The major bronchi are unremarkable. The pleural surfaces are smooth and glistening and have a purple-red appearance. On cross-section, the parenchyma appears dark red. There are no pulmonary emboli.

GASTROINTESTINAL SYSTEM: The esophagus, stomach, small and large bowel, and appendix are unremarkable. The stomach contains approximately 50 mL of pink-tan fluid.

LIVER: The liver weighs 1800 gm. The capsule is smooth and glistening. The parenchyma is tan-yellow, spongy, and greasy. The gallbladder contains 20 mL of yellow-green, viscid bile without calculi.

PANCREAS: Decomposed but otherwise unremarkable.

ADRENAL GLANDS: Decomposed but otherwise unremarkable.

SPLEEN: The spleen weighs 200 gm and the capsule is smooth and blue-gray. On cross-section, the parenchyma is diffluent.

GENITOURINARY SYSTEM:   Each kidney weighs 200 gm.  The capsules strip with ease revealing smooth, dark brown cortical surfaces.  On cross-section, the cortices appear congested and exhibit well-demarcated corticomedullary junctions.  The collecting systems, ureters, and bladder are unremarkable.  The urinary bladder is empty.  The prostate is unremarkable.

DL:jcs

## MICROSCOPIC EXAMINATION

**Slide Key**

Slide #1: Left ventricle, right upper lung
Slide #2: Liver, right lower lung
Slide #3: Right ventricle, left upper lung
Slide #4: Right kidney, left lower lung
Slide #5: Cerebrum (right frontal lobe), pancreas

HEART: Sections of the heart show myocyte hypertrophy and mildly increased perivascular fibrosis.

LUNGS: Sections of the lungs show congestion, minimal anthracosis, and both intra-alveolar edema and red blood cell extravasation.

LIVER: A section of the liver shows generalized, mild macro- and microvesicular steatosis. Autolytic/putrefactive changes are present.

KIDNEY: A section of the right kidney shows scattered tubular calcifications and autolytic/putrefactive changes.

PANCREAS: A section of the pancreas shows autolytic/putrefactive changes but otherwise no significant histopathology.

BRAIN (cerebrum): A section of the cerebrum shows no significant histopathology.

DL:gds/jcs

# Toxicology Report
El Paso County Coroner's Office
2741 E. Las Vegas Street, Colorado Springs, CO 80906
719-390-2450 MAIN/719-390-2462 FAX

Name: POER, Christopher M
Doctor: Daniel Lingamfelter D.O.
County: Elbert

Case #: 18-00323
Date Received: 04/16/2018
Agency#:

## Alcohols and volatiles:

| Analyte | Specimen | Result |
|---|---|---|
| ETHANOL | Iliac Blood | Negative |

## Immunoassay screens (ELISA):

| Analyte | Specimen | Result |
|---|---|---|
| AMPHETAMINE | Iliac Blood | Positive |
| BARBITURATES | Iliac Blood | Negative |
| BENZODIAZEPINE METABOLITES | Iliac Blood | Positive |
| COCAINE/ BENZOYLECGONINE | Iliac Blood | Negative |
| FENTANYL | Iliac Blood | Negative |
| METHADONE | Iliac Blood | Negative |
| METHAMPHETAMINE | Iliac Blood | Negative |
| OPIATES | Iliac Blood | Negative |
| OXYCODONE | Iliac Blood | Negative |
| TRAMADOL | Iliac Blood | Negative |
| TRICYCLIC ANTIDEPRESSANTS | Iliac Blood | Negative |
| ZOLPIDEM | Iliac Blood | Negative |

## GC-MS results (Qualitative)

| Analyte | Specimen | Result |
|---|---|---|
| AMPHETAMINE | Iliac Blood | Present |
| DIAZEPAM | Iliac Blood | Present |
| NORDIAZEPAM | Iliac Blood | Present |
| CITALOPRAM | Iliac Blood | Present |

# Toxicology Report
El Paso County Coroner's Office
2741 E. Las Vegas Street, Colorado Springs, CO 80906
719-390-2450 MAIN/719-390-2462 FAX

**Name:** POER, Christopher M
**Doctor:** Daniel Lingamfelter D.O.
**County:** Elbert

**Case #:** 18-00323
**Date Received:** 04/16/2018
**Agency#:**

## Quantitative Results

| Analyte | Specimen | Result |
|---|---|---|
| AMPHETAMINE | Iliac Blood | 565 ng/mL |
| DIAZEPAM | Iliac Blood | 36 ng/mL |
| NORDIAZEPAM | Iliac Blood | 36 ng/mL |
| CITALOPRAM | Iliac Blood | 773 ng/mL |

## Miscellaneous results

| Analyte | Specimen | Result |
|---|---|---|
| Sodium | Vitreous | 135 mmol/L |
| Potassium | Vitreous | 25.0 mmol/L |
| Chloride | Vitreous | 120 mmol/L |
| Glucose | Vitreous | 20 mg/dL |
| BUN | Vitreous | 42 mg/dL |
| Creatinine | Vitreous | 1.8 mg/dL |

**Comments:**

Reviewed by: Werner Jenkins MS   Date released: 05/08/18   Reviewed By: Daniel Lingamfelter D.O.

_____
Reviewer Signature

_____
Reviewer Signature