Deponent: C. Dickey
Date: 6/29/21
**Exhibit 3**
Mile High Court Reporting

MAN W/ GUN INCIDENT

CO 1702

FACE DOWN
X
TRANS.
JOSH
EX TASE PROBE
X DICKEN
P.3.
GUN